Page 1

1           UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
2                  OCALA DIVISION
3           CASE NO. 5:20-cv-00094-RBD-PRL
4

    GOLDEN FILM PRODUCTION &
5   PHOTOGRAPHY, LLC,
6           Plaintiff,
7   vs.
8   OCALA HORSE PROPERTIES, LLC,
    ROBERT DESINO, CHRISTOPHER
9   DESINO, MATTHEW T. VARNEY, and
    SANS TERRA, LLC, f/k/a
10  GLOBALSITES.NET, LLC,
11          Defendants.
    _____/

12
13
14
                             Zoom Remote
15                           Thursday, 2:00 p.m.-2:45 p.m.
                             September 2, 2021
16
17
                    DEPOSITION OF NEIL BROOM
18
19
20          Taken on Behalf of the Plaintiff before
21      Lisa Gerlach, Court Reporter, Notary Public
22      in and for the State of Florida at Large,
23      pursuant to Plaintiff's Notice of Taking
24      Deposition in the above cause.
25

Page 2

1        Appearances via Zoom:
2        Counsel for the Plaintiff:
3        CRAIG A. WIRTH, ESQUIRE
         SRIPLAW
4        21301 Powerline Road
         Suite 100
5        Boca Raton, FL 33433-2389
         561-404-4350
6        craig.wirth@sriplaw.com
7
         Counsel for the Defendants Ocala Horse
8        Properties, Robert Desino and Christopher
         Desino:
9
         MICHAEL S. RYWANT, ESQUIRE
10       ANGELICA MELECIO PINEIRO, ESQUIRE
         Rywant Alvarez Jones Russo & Guyton
11       Two Harbour Place
         302 Knights Run Avenue
12       Suite 1000
         Tampa, FL 33602-5955
13       352-333-3700
         msrywant@rywantalvarez.com
14       ameleciopineiro@rywantalvarez.com
15       DAVID M. GORDON, ESQUIRE
         Cole Scott & Kissane, PA
16       1900 Summit Tower Boulevard
         Suite 400
17       Orlando, FL 32810-5939
         407-775-3548
18       david.gordon@csklegal.com
19
         Counsel for Sans Terra:
20
         MARK K. SURI, ESQUIRE
21       Hinshaw & Culbertson, LLP
         151 North Franklin Street
22       Suite 2500
         Chicago, IL 60606
23       312-704-3000
         msuri@hinshawlaw.com
24
25       Also Present:  Joel Eckman

Page 3

1                            INDEX

2    WITNESS            EXAMINATION                    PAGE

3    Neil Broom

4            Direct by Mr. Wirth                4

5    Certificate of Oath                        32

6    Certificate of Reporter                    33

7    Witness Review Letter                      34

8    Errata Sheet                               35

9                    PLAINTIFF'S EXHIBITS

10   Exhibit 1     Expert Report                6

11                   DEFENDANTS' EXHIBITS

12                        None

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1    THEREUPON,

2                          NEIL BROOM,

3    a witness herein, acknowledged after having been duly

4    sworn, testified upon his oath as follows:

5              THE WITNESS:  I do.

6                      DIRECT EXAMINATION

7    BY MR. WIRTH:

8         Q.  Good morning.  I guess it's still morning for

9    you; correct?

10        A.  Yes, sir.  How are you?

11        Q.  I'm fine.  My name is Craig Wirth.  I'm the

12   attorney for the plaintiff in this case.

13             Would you, please, state your name for the

14   record?

15        A.  Neil Broom, N-E-I-L, B-R-O-O-M.

16        Q.  Mr. Broom, what do you do professionally?

17        A.  I'm a computer forensics expert.

18        Q.  Do you have a company?

19        A.  Technical Resource Center, Inc.  I'm the

20   president and laboratory director.

21        Q.  How long have you had that business?

22        A.  21 years.

23        Q.  In this case, you have been retained by Ocala

24   Horse Properties and their principals to prepare an

25   expert report; correct?

Page 5

1          A.   Yes, sir.

2          Q.   And what is the scope of that report?  What

3     were you asked to prepare a report on?

4          A.   I was asked to review the expert report of

5     Nancy Miracle and opine on her findings.

6          Q.   You were only asked to opine about her

7     findings?

8          A.   And subsequent -- yeah -- do my own research

9     about what she researched.

10         Q.   Did you do anything to prepare for today's

11    deposition?

12         A.   I did.

13         Q.   What did you do?

14         A.   I reviewed Nancy Miracle's deposition,

15    Mr. Hernandez's deposition, re-read my report, and

16    Ms. Miracle's report.

17         Q.   Have your opinions changed from this report

18    that's dated August 20, 2021 since reading those

19    depositions?

20         A.   No, sir.

21         Q.   We sent a subpoena duces tecum to the

22    attorney representing you and he sent me a number of

23    documents last night.  I don't think it's necessary to

24    go through all of them.  It just seems kind of a waste

25    of time.  It seems like everything that would've been

Page 6

1    reviewed by you was included in there.

2            I just want to verify -- you have signed a

3    retainer.  Was it a flat fee?  I only saw there was a

4    retainer agreement.

5        A.  That's correct.  It was a flat fee to produce

6    the original forensics report.  And then any work done

7    since that time, preparing for this deposition and

8    this deposition, will be billed separately.

9        Q.  How many hours have you spent on this case

10   approximately?

11       A.  One moment.  It's not going to be exact,

12   because, like I said, I did a flat fee, so I wasn't

13   monitoring.

14       Q.  Okay.

15       A.  Roughly 20 hours.

16       Q.  How much time did you spend, of those

17   20 hours, in the preparation and the additional

18   research after you submitted your report?

19       A.  Approximately eight hours.

20           MR. WIRTH:  I think, really, the only

21       exhibit I would have that I would attach to

22       this is going to be his report, because

23       everybody else has everything.  So I'll send

24       a copy of that to the reporter afterwards.

25           (Plaintiff's Exhibit 1 was marked.)

1   BY MR. WIRTH:

2        Q.  Mr. Broom, do you have a copy of your report?

3        A.  Yes, sir.

4            MR. RYWANT:  Craig, just a minute.  This

5        is Mike.  You should also have gotten what

6        was produced yesterday, the supplemental -- I

7        think Mr. Broom called it additional

8        research --

9            MR. WIRTH:  Additional research report,

10       8/25/21.  I see it.

11           MR. RYWANT:  You've got it?  Okay.

12           MR. WIRTH:  Don't worry.  I've got it.

13           MR. RYWANT:  10/4.

14   BY MR. WIRTH:

15       Q.  Mr. Broom, what were your overall findings as

16   you would summarize them?

17       A.  I think the major finding I would say is

18   that, in Ms. Miracle's expert report, she stated that

19   Ocala Horse Properties is the location where the EXIF

20   data was removed from the pictures that are at

21   question in this case; and my research and what I

22   documented shows that it was actually an external

23   service known as Cloudflare that did the stripping of

24   the EXIF data.

25           And, in addition to that, in Ms. Miracle's

1    report, she stated that, on Joan Pletcher's website,

2    the EXIF data was all visible.  However, she neglected

3    to show the side of Ms. Pletcher's website that

4    produces the MLS listings in which the EXIF data is

5    also removed.  So even on her example website of Joan

6    Pletcher's website, the EXIF data has been removed for

7    the MLS listing pictures.

8        Q.  Are you familiar with MLS?

9        A.  Yes, sir.

10        Q.  What is the MLS?

11        A.  Multiple Listing Service that real estate --

12    that lists real estate listings, so people can view

13    properties without having to go out and actually view

14    the properties.

15        Q.  Are you familiar with the MLS rules?

16        A.  I have reviewed the documentation that I

17    received from MLS.  I'm not an expert in MLS, if

18    that's what you're asking.

19        Q.  I don't think many are.

20            What is EXIF data?

21        A.  EXIF data is -- I like to simplify the

22    definition.  When we look at a photograph, we see a

23    picture on the front of the photograph.  EXIF data is

24    information about that photograph, such as the date

25    and time the photograph was taken, the GPS coordinates

Page 9

1    where the photograph was taken potentially, the focal

2    length, the aperture setting that was used to take the

3    particular photograph, and an additional -- many

4    numbers of fields.  I think the last time I checked,

5    there were over 200 different fields available of

6    potential EXIF data.

7         Q.   Is copyright management information included

8    in EXIF data?

9         A.   There are a couple of fields that are used

10   for that purpose.  One is labeled copyright.  The

11   other one is labeled artist.

12        Q.   Going through your report, I'm looking at

13   page 7.  You talk about MLS listing numbers.

14             Is there a particular reason why you -- well,

15   what's the reasoning for this, I guess?

16        A.   Certainly.  At the top of page 7, I'm

17   referring specifically to Ms. Miracle's page 4 of her

18   expert report.  And the listing number that's listed

19   is incorrect by one digit.  There was another five

20   that is supposed to be in that number.  If somebody

21   was doing extensive, you know, review of this, I

22   didn't want them to be thrown off when they saw --

23   when they actually discover that there was a number

24   missing, so I clarified it.

25             The number of the OEM listing that I used in

1    my report, same as Ms. Miracle's report, is 535554 --

2    535554.  In her expert report, she left out one of the

3    fives.

4        Q.  Is there any other reason why you -- is it

5    just a typographical error in her report or is there

6    another reason you made an opinion on the MLS or

7    included this?

8        A.  Well, because we were discussing this

9    particular photograph in both of our reports for

10   multiple pages, I wanted to make sure that anybody

11   looking at this in the future would understand where

12   the data was coming from.

13       Q.  Also, at the bottom of the page, you wrote

14   that you can find Joan Pletcher's MLS listing by

15   Googling -- then you put it in quotes -- a specific

16   way of Googling.

17           Was there a particular reason you used the

18   "site: Joanpletcher.com"?  Do you know what I'm

19   referring to?

20       A.  Yes, sir, I do.  I've got it in front of me.

21       Q.  Go ahead.

22       A.  The reason why I listed it that way is, that

23   is one of the ways that you can quickly go straight to

24   the listing that we're referring to.  The other way is

25   to go through Joan Pletcher's website, and through a

Page 11

```
 1    few links, to get to the exact same location.  So this

 2    is a way to get straight to the data of where it's

 3    coming from on the internet.

 4           Are you familiar with that format, sir, with

 5    putting the word "site:" in front of something?  It's

 6    a technical way to do it.  Most people don't know what

 7    it is.

 8       Q.  I'm not.  That's why I asked, because it sort

 9    of stuck out.

10       A.  Yes, sir.  It's a standard technique for

11    anybody who builds websites, uses websites

12    extensively.  "Site" is a way to direct-Google

13    directly to something.  So you're going directly to,

14    in this case -- I don't want all the listings on the

15    internet for that address.  I want joanpletcher.com's

16    listing for that address.  You put the word "site" in

17    front of the domain name.

18       Q.  Okay.  Page 8 and 9 of your report talks

19    about watermarks.

20           I guess my only question is, why is that

21    included?

22       A.  Certainly.  For the examples of the

23    photographs that are in my report that I located on

24    the internet, there are watermarks on the photographs

25    that are from the MLS.  There are not watermarks on
```

Page 12

1      the photographs of Joan Pletcher's preferred listings.

2      The ones that are directly on her website do not have

3      watermarks.  The ones on her website from MLS and the

4      other sites that I used do have watermarks that are

5      from MLS.

6             Additionally, the watermark -- there is no

7      watermark for Golden Film in this case on any of these

8      pictures.

9         Q.  I'm in agreement with that.  I was wondering

10     about the watermarks, because there are no watermarks

11     on the Golden Film.  That was my question.

12            Moving on, on page 11, you discuss your

13     review of the EXIF data of the -- the example image

14     that was used in Ms. Miracle's report.

15            Can you explain to me what you did to, I

16     guess, examine this data or information -- how you did

17     it?

18        A.  Certainly.  I used multiple tools to examine

19     EXIF data.  There's a couple of them that are easier

20     to understand than others.  So what I did is included

21     an example from -- I'll give you the exact name of the

22     product.  It's a website named Metapicz --

23     M-E-T-A-P-I-C-Z --.com.  I also used a program called

24     IrfinView to display the data here.  I have other

25     programs available, but these programs allow, for

Page 13

1    documentation purposes, to make the information easy

2    to understand.  So that's what you see on the bottom

3    of page 11, is the Metapicz view of the EXIF data.

4        Q.  Page 11 is the Metapicz info from the photo

5    taken from Joan Pletcher's website?

6        A.  Correct.  Not the MLS side of Joan Pletcher's

7    website, but the preferred listing side of Joan

8    Pletcher's website.

9        Q.  You're saying -- what is the difference

10   between those two?

11       A.  Great question.  So, on Ms. Pletcher website,

12   and as referred to in Ms. Miracle's report, there is a

13   listing for the Stonestreet property.  Those pictures,

14   as I said, do not have watermarks on them.  Those

15   pictures do have the copyright information from

16   "Eloyprophoto."  That is Joan Pletcher's listings

17   directly on her site.  The easy way to say it is, her

18   preferred listings.

19           However, on Ms. Pletcher's website, you can

20   also access the MLS listings for this exact same

21   property, except it's displayed the same as it is for

22   everybody else who's using MLS, not the way Joan

23   Pletcher is showing her preferred.

24           So the Joan Pletcher MLS listing does have

25   the watermarks, does not have the author and copyright

Page 14

1    EXIF data.

2         Q.  You just said that it is displayed the same

3    way as every other.  What do you mean, every other?

4         A.  Any other realty firm using the MLS to

5    display that property is displaying the pictures that

6    have the watermarks on the front.

7         Q.  Okay.  On page 12, I guess you copied or you

8    downloaded the photo from Joan Pletcher's MLS listing.

9    I guess the real question is, how were you able to do

10   that?  Because the way that that site is set up, you

11   can't right click to save as or drag the photo.

12   Again, how did you capture the photo?

13        A.  And you're absolutely correct.  It's not as

14   difficult as you might think.

15             Have you ever used the "inspect" command on a

16   website?  You right click and then inspect.  So it

17   gives you the code that makes up the website.

18   Embedded in that code, it gives the URL that I show in

19   the report.  It's not easy to find.  You've got to dig

20   through to find it.  But the code that makes up the

21   picture is embedded in the code that you can read by

22   right clicking on the website and using "inspect" on

23   most browsers.

24             I particularly use Chrome.  That makes it

25   readily available to pull that information out and

Page 15

1    then save a copy of that, and that's exactly what I
2    did on my report.
3        Q.  Moving on, I want to ask -- I guess this is
4    kind of the meat of your report.  Starting on page 13
5    is your examination of the evidence.
6            How did you access, I guess, the difference
7    between the FTP version of the site and admin and
8    developer mode?  And describe the differences of what
9    you did there.
10       A.  Certainly.  So, in an online meeting with
11   Chad Reinagel and Joel Eckman, I was -- I'm sorry --
12   also, Mark Suri was on the call -- we walked through
13   how data is saved within their environment.  I was --
14   I would ask questions and Mr. Reinagel would provide
15   me the data, which I would take screenshots as I
16   walked through their data on their website.
17           So in the case -- you mentioned FTP.  FTP
18   stands for file transfer protocol.  What it allows you
19   to do is actually see the data that's on the servers
20   without any manipulation at all.  It's a direct copy
21   of the file from the server.
22           So I got a direct copy of the photograph that
23   I used as my reference from their server.  As you can
24   see in my report, there was EXIF data still attached
25   to that photo.  So Ocala Horse Properties' servers

Page 16

1    have the EXIF data still attached to the photographs

2    while they're on their server.

3        Q.   When did you have a call with Mr. Eckman and

4    Chad Reinagel?

5        A.   August 17th.

6        Q.   Is anyone from the public able to access the

7    FTP site of Ocala Horse Properties?

8        A.   No, of course not.  That's administrative

9    access that -- if they could, they could change the

10   data.  So you would not allow anybody else like that

11   to have access to your web data.

12       Q.   What about accessing the administrator

13   access?

14       A.   The same thing.  That is not public access.

15   It doesn't mean somebody like Ms. Miracle couldn't ask

16   for it, but, no, it's definitely not public.

17       Q.   So the FTP access and the admin access have

18   the images showing the EXIF data still embedded or

19   retained?

20       A.   Yes, sir.

21       Q.   Then you start talking about Cloudflare.

22            Can you describe what Cloudflare is?

23       A.   Cloudflare is a tool that is used by websites

24   in order to optimize and secure their presentation of

25   data.

Page 17

1          So a web developer will connect their website

2     with Cloudflare, and then Cloudflare enhances the

3     experience of the end user to view the data from the

4     website.  By enhancing it, I mean securing it and

5     optimizing it, speeding it up.

6          Q.  Is that what you talk about in your

7     development mode?

8          A.  Yes, sir.  So when the product is in use, you

9     would not be in development mode.  When the product is

10    being implemented or you need to test something on

11    your own website -- let's say you just did something

12    as simple as changing fonts or changing formatting on

13    a web page.  The way you want to test that is, you

14    want to first remove any other processing that is done

15    on the website -- the web information -- before it's

16    delivered to the end user, you want to look at the raw

17    data as presented by your website.

18          So you put Cloudflare in development mode.

19    That removes that from the loop.  So you're now

20    looking at the data.  You're not looking at it as

21    being manipulated at all by Cloudflare and you're

22    looking at your raw data from your website.  When

23    you're done testing, everything looks the way it's

24    supposed to look, you then turn off the development

25    mode and you're back using the enhancements that

Page 18

1    Cloudflare offers.

2        Q.  So when a user wants access to

3    Ocalahorseproperties.com and looks at a listing, when

4    they click a listing, how does the -- I guess I'm

5    trying to figure out how the photo is displayed,

6    which, locally, apparently, still has all the EXIF

7    data that it's sent to Cloudflare and immediately

8    back.  How does that work?

9        A.  Except, it doesn't go immediately back.

10   You're right on target until the very end of your

11   explanation.

12          So the end user clicks on a photograph on

13   their web browser.  The request goes to the website,

14   Ocala Horse Properties.  Ocala Horse Properties then

15   sends that request to Cloudflare, and then Cloudflare

16   services the user's request.  So the picture you

17   actually see in your browser comes from Cloudflare.

18          The reason why it does it in that order is,

19   then, Cloudflare retains a copy of that image -- it's

20   known as caching -- and they keep that copy for a

21   period of time.  I don't know what that period of time

22   is -- it can be 12 hours, 24 hours, 48 hours -- but

23   they keep that picture so that the next person that

24   makes the request, that request gets serviced directly

25   from that picture, as opposed to having to go back to

Page 19

1    Ocala Horse Properties.

2            That picture can also be localized.  Meaning,

3    if you're in the United Kingdom, the server for

4    Cloudflare that sends that picture would come from

5    Europe, not from America.

6        Q.  So I might be confused in this.  Your

7    testimony is that the photo, as displayed on the --

8    for example, the OHP website -- that is not showing

9    the EXIF data is not on the OHP website, but it's

10   actually on Cloudflare?

11       A.  When you double click that picture to look at

12   a blown-up copy of it, that picture is serviced from

13   Cloudflare.  The picture you're looking at on your

14   browser is coming from Cloudflare.

15       Q.  If I'm on the

16   Ocalahorseproperties.com/WP-content website that is

17   showing the JPEG stored locally, you're saying that's

18   actually Cloudflare?

19       A.  No, sir.  You're confusing what you're

20   looking at.  What you're looking at, when you're

21   looking at the thumbnail images of a property, that is

22   not the same as the full blown-up image of a property.

23   A thumbnail is just a visual representation of a

24   full-size picture.  Ocala Horse Properties services

25   the thumbnails, the small pictures that you see on the

Page 20

1    website.  But, when you click on those to see a

2    full-size version, the full-size version of the

3    photograph is what's being serviced from Cloudflare.

4        Q.  That's what I was asking you about.  When you

5    right click and open a new tab, and the only thing

6    displayed is just the URL ending in MLS1.JPEG, for

7    example.

8        A.  That's -- the full-size image is sent from

9    Cloudflare.

10        Q.  Even though it's appearing on the URL and

11    hosted by the Ocalahorseproperties.com website?

12        A.  Right.  If I understand your question

13    correctly, yes.

14        Q.  My question is, as it's displayed to the

15    public -- is the question I was asking.

16        A.  When a user clicks on the picture and opens

17    up the picture in full size, that full-size image gets

18    sent from Cloudflare to the user.

19        Q.  What is Polish?

20        A.  Polish is a function of Cloudflare that

21    optimizes the picture before it's sent to the end

22    user.

23        Q.  Are there multiple options or are you

24    familiar with how it works?

25        A.  Polish is an option that strips the metadata,

Page 21

1    applies compression, and removes redundant bytes from

2    the image.  That is all -- it's either on or it's off.

3    So you're either using the option that does all of

4    those functions or you're not using any of those

5    functions.

6           Does that make sense?

7       Q.  It does.  Is that a default option or does it

8    have to be activated manually?

9       A.  I don't know the answer.  Good question.  I

10   don't know the answer.

11      Q.  I do know the answer, which is why I'm sad

12   you don't.

13      A.  What's the answer?

14      Q.  According to the support.cloudflare.com

15   website, it has to be activated manually through the

16   Cloudflare dashboard.

17      A.  Makes sense.

18      Q.  How much data is contained in metadata, for

19   example, that's being stripped?

20      A.  Certainly.  Depends on -- when you're saying

21   "how much," are you saying in bytes or are you saying

22   percentages?

23      Q.  Sure.  Bytes.

24      A.  I did a test and got about 3500 bytes of data

25   -- 3500 bytes of data -- in a single image that the

Page 22

1    MLS -- one image -- when I stripped the EXIF data from

2    it.

3          Q.   3500 bytes, what does that translate to in --

4    I always confuse bits, bytes, megabits, megabytes.

5              What is 3500 bytes?  Is that 3.5 megabytes or

6    is it --

7          A.   3 kilobytes.

8          Q.   3 kilobytes, okay.  Does that make a

9    noticeable difference in the recall time for an image?

10         A.   It would make a noticeable difference when

11   you multiply that times the thousands, upon thousands,

12   upon thousands of images, yes, that are in the MLS

13   system, so it's stripping those out.  Each time you

14   strip out any data, it would make a noticeable

15   difference in the amount of data that has to be sent

16   across the internet.  So I would say it does.

17         Q.   That would assume that every single image

18   from the MLS is being recalled at the same time?

19         A.   No.  While that image is cached in

20   Cloudflare, 20 people could go look at that photo

21   within a period of time, and each of those 20 people

22   would have that percent savings.

23              Running my test, I noticed about a 2 percent

24   savings between a file with and without EXIF data.

25   2 percent times the number of people that look at that

Page 23

1    picture while it's cached, that would be the savings.

2         Q.  Can a photo be compressed without stripping

3    the metadata?

4         A.  Yes.

5         Q.  Was that done here?

6         A.  No.  The Polish service does both compression

7    and stripping of the metadata.

8         Q.  When you talked to Mr. Eckman on the phone

9    call, did you ask if he activated the Polish option in

10   Cloudflare?

11        A.  Yes.

12        Q.  Did he have an answer?

13        A.  Yes.

14        Q.  What was his answer?

15        A.  Yes.

16        Q.  On pages 18 and 19, you have a list of a

17   number of different Google searches for other realty

18   companies.

19             I guess my question is, what is the reason

20   for that?

21        A.  Certainly.  So this is the first page,

22   results of a search for the property that we've been

23   talking about, the Stonestreet Farms.  I was showing,

24   of the first ten listings in Google, which websites

25   contain the copyright management information and which

Page 24

1    ones don't.  As you can see from our results, seven of

2    the ten did not display copyright management

3    information.

4            So, in other words, the way that Ocala Horse

5    Properties is displaying the property is the same as,

6    in this case, seven out of the ten listings that are

7    here -- much larger real estate companies than Ocala

8    Horse Properties, including Zillow, Realtor.com,

9    Sotheby's.

10        Q.  I guess, what's the reasoning for that,

11   though?  Just to show everybody is doing it?

12        A.  What is the standard.

13        Q.  How is it that three of those websites are

14   retaining it then?  They're not following the

15   standard?

16        A.  Standards are standards.  They're not

17   mandatory.  But seven out of ten doing it -- doing

18   something -- shows that the industry standard is one

19   way.  The three that are displaying it, they choose to

20   do it a different way.

21        Q.  (Inaudible.)

22            THE WITNESS:  Craig, did you freeze up?

23            MR. WIRTH:  (No response.)

24            MR. RYWANT:  I believe he did.

25            (Off record.)

Page 25

```
 1            MR. WIRTH:  Sorry about that.
 2    BY MR. WIRTH:
 3       Q.  Mr. Broom, did you do an analysis of how the
 4    photos are displayed to the public?
 5       A.  I'm sorry.  I didn't quite catch your
 6    question.
 7       Q.  Sure.  Did you analyze the photos as they are
 8    displayed to the public?
 9       A.  Yes, sir.
10       Q.  What did you find there?
11       A.  I assume you're referring to on Ocala Horse
12    Properties' website?
13       Q.  Yes.
14       A.  So, on Ocala Horse Properties' website, the
15    EXIF data is stripped.  And, again, that stripping
16    occurs at Cloudflare before it's displayed to the end
17    user.
18       Q.  At the end of your report here, you talk
19    about Mr. Eckman being slightly confused in his
20    testimony previously; correct?
21       A.  Yes, sir.  Can I go back before we hit this
22    one?  I just want to make sure I cover one thing with
23    you with that last answer.
24       Q.  Okay.
25       A.  Have you had a chance to review my additional
```

Page 26

1    report?

2        Q.  Yes.

3        A.  In that report, I looked at some additional

4    listings in addition to the Stonestreet Farms.  And on

5    half of the additional listings, two of the additional

6    listings, OHP website did display the copyright

7    information.  So, half did, half did not.  I want to

8    make sure I include that in my answer.

9        Q.  I was going to ask you about the addendum at

10   the end.  While we're there, did you investigate why

11   that is or how that's occurring?

12       A.  Yes, sir.  The caching of the images on

13   Cloudflare -- I don't have conclusive proof of this --

14   but one possible explanation is that, the first time

15   Cloudflare displays those listings, you're getting the

16   information without the Cloudflare cached information.

17   You're getting the information directly from the

18   website.

19           So, in two of the listings, I was able to

20   actually see that OHP still had the EXIF data on it.

21   I couldn't get a more definitive answer of why, in two

22   of the pictures, they were there, and, two, they

23   weren't.

24       Q.  Is the Polish setting individual to a listing

25   or is it going to be just on or off?

1        A.   It's a global setting.  It's either on or off

2   or all, everything you're serving from the website.

3        Q.   You read Mr. Eckman's testimony; correct?

4        A.   I did.

5        Q.   Do you know how long he's worked in web

6   development?

7        A.   A long time.

8        Q.   According to his testimony, it's about

9   25 years.  I guess I'm confused, because your report,

10   on pages 20 and 21, it seems like your report is

11   saying he doesn't understand how something like this

12   works after 25 years of experience.

13        MR. RYWANT:  Objection to the form.

14        A.   I don't think I'm saying that he doesn't

15   understand how it works.  I'm saying he didn't

16   understand that this particular functionality was

17   stripping -- he didn't -- let me be more precise here.

18           I'm not saying he didn't know how it worked.

19   I'm saying, it didn't occur to him that this was

20   happening.  This is not something that was at the

21   forefront of his mind, is the way I read this, that

22   it's stripping the information.  That's not really

23   what he's concerned with.  He's concerned with

24   optimizing his website and making that experience

25   better for his end user.  He didn't think about the

Page 28

1    EXIF data being stripped being an issue.

2    BY MR. WIRTH:

3        Q.  Did you ask him if he looked at the Polish

4    description in the Cloudflare support for information,

5    where it specifically identifies that the Polish

6    compression strips metadata, including EXIF data?

7        A.  Prior to this litigation, I don't think

8    that -- the way our conversation went, I don't think

9    he had reviewed that in any major detail.

10        Q.  Do you know if he's gone back and changed any

11    of the options in Cloudflare?

12        A.  At this point in time, I know he's been told

13    not to do so until -- for spoilation purposes -- until

14    we got to basically this point in time.  After the

15    experts have been deposed now, I think everybody would

16    consider that we're not going to be worried about

17    spoilation at this point.

18            So that's something he can look at moving

19    forward, but he was specifically told not to do any

20    alterations, because I asked that exact same question.

21        Q.  That's the reason I asked, because I know,

22    before Ms. Miracle's deposition last week, and even as

23    far as this morning, I checked the image -- the

24    example image as displayed -- and it's still the same,

25    so that's my question of why.

Page 29

1        A.   Literally, it was for spoilation reasons on

2   advice of counsel, and myself also -- don't change

3   anything until we're all satisfied that it's okay to

4   start making alterations.

5        Q.   The facts that you found in a number of other

6   websites that had the EXIF data stripped, did that

7   influence your opinion at all?

8        A.   Only on what the industry standard is.

9   Especially, however, considering that Joanne

10  Pletcher's site, MLS listing, strips the metadata.  It

11  doesn't change my opinion, but it does show that

12  that's a very normal process in the industry.

13       Q.   Did the addendum -- the research that you

14  had -- the 8/25/21 report -- did that change anything

15  in your initial report -- any opinions?

16       A.   No, sir.

17       Q.   Is there anything else since this report has

18  been drafted and executed that's changed in your

19  opinion?

20       A.   Nothing that changes my opinion.  The only

21  thing I -- the only overlying question that I always

22  have is, with the exception of optimizing the

23  pictures, what benefit would there be to anyone for

24  stripping the EXIF data?

25            So, I mean, I've researched this.  I've gone

1    through this.  I've spoken with Mr. Eckman.  And I

2    don't understand what benefit he might be receiving

3    for removing the EXIF data other than the optimization

4    of the websites.  I just can't picture what that would

5    be.  So I'm not sure why this issue exists.

6         Q.  You're not sure why what issue exists?

7         A.  If every listing on MLS -- majority of

8    listings on MLS -- are doing this exact same process,

9    then why is this an issue in this particular case?

10   It's the way MLS works.

11        Q.  Well, not every other realtor, as you pointed

12   out in your report; right?

13        A.  I said "the majority."  Seven out of ten, my

14   brief example of one day.

15             MR. WIRTH:  Thank you for your time.  I

16        don't have any other questions for you.

17             THE WITNESS:  Thank you.

18             MR. WIRTH:  I imagine that Mike and Mark

19        probably do.

20             MR. RYWANT:  Mark?

21             MR. SURI:  I don't have any questions.

22             MR. RYWANT:  I don't have any questions

23        either.

24             MR. WIRTH:  All right.  Well, that was

25        quick and efficient.  I believe we're done.

Page 31

1          I'm going to order, so --

2              MR. RYWANT:  Neil, do you read or what's

3          your preference?

4              THE WITNESS:  I'll read.  I'll do it

5          quickly, though.  I won't hold you up.

6              MR. RYWANT:  I'll take a copy.

7              (The reading and signing of the

8          transcript were not waived, and these

9          proceedings concluded at 2:45 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 32

1

CERTIFICATE OF OATH

2                    (VIDEOCONFERENCE PROCEEDINGS)

3

4     STATE OF FLORIDA

5     COUNTY OF PALM BEACH

6

7

8

9              I, Lisa Gerlach, Shorthand Reporter and

10    Notary Public, State of Florida, certify that Neil

11    Broom appeared before me via videoconference on the

12    2nd of September, 2021 and was duly sworn.

13         WITNESS my hand and official seal this 15th
      day of September, 2021.

14

15

16

17

18

19    _____
                    Lisa Gerlach, Reporter

20                  Commission #HH41912

                    Expires 9/13/2024

21

22

23

      Produced Identification, California Driver's License

24

25

Page 33

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF PALM BEACH

5

6              I, Lisa Gerlach, Court Reporter, do hereby

7    certify that I was authorized to and did

8    stenographically report the foregoing deposition; and

9    that the transcript is a true and correct

10   transcription of the testimony given by the witness.

11             I further certify that I am not a relative,

12   employee, attorney or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorney or counsel connected with the action, nor am

15   I financially interested in the action.

16             Dated this 15th day of September, 2021.

17

18

19

20             Lisa Gerlach, Court Reporter

21   The foregoing certification of this transcript does

22   not apply to any reproduction of the same by any means

23   unless under the direct control and/or discretion of

24   the certifying reporter.

25   Gregory P. Brown, Esquire

Page 34

1    Michael S. Rywant, Esquire

     msrywant@rywantalvarez.com

2

                         September 15, 2021

3

     RE:  Golden Film v. Ocala Horse Properties, et al.

4        Neil Broom, September 2, 2021, Job #4786661

5        The above-referenced transcript is available

6    for review.

7        The witness should read the testimony to

8    verify its accuracy. If there are any changes,

9    the witness should note those with the reason

10   on the attached Errata Sheet.

11       The witness should, please, date and

12   sign the Errata Sheet and email to the deposing

13   attorney as well as to Veritext at

14   transcripts-fl@veritext.com and copies will

15   be emailed to all ordering parties.

16       It is suggested that the completed errata be

17   returned 30 days from receipt of testimony, as

18   considered reasonable under Federal rules*, however,

19   there is no Florida statute to this regard.

20       If the witness fails to do so, the transcript may

21   be used as if signed.

22

23                  Yours,

24                  Veritext Legal Solutions:

25   *Federal Civil Procedure Rule 30(e)/Florida Civil

     Procedure Rule 1.310(e).

Page 35

1    RE:  Golden Film v. Ocala Horse Properties, et al.
        Neil Broom, September 2, 2021, Job #4786661
2
                    E R R A T A   S H E E T
3

     PAGE_____ LINE_____ CHANGE_____
4
     REASON_____
5
     PAGE_____ LINE_____ CHANGE_____
6
     REASON_____
7
     PAGE_____ LINE_____ CHANGE_____
8
     REASON_____
9
     PAGE_____ LINE_____ CHANGE_____
10
     REASON_____
11
     PAGE_____ LINE_____ CHANGE_____
12
     REASON_____
13
     PAGE_____ LINE_____ CHANGE_____
14
     REASON_____
15
     PAGE_____ LINE_____ CHANGE_____
16
     REASON_____
17
     PAGE_____ LINE_____ CHANGE_____
18
     REASON_____
19
     PAGE_____ LINE_____ CHANGE_____
20
     REASON_____
21
     Under penalties of perjury, I declare that I have
22   read the foregoing document and that the facts
     stated in it are true.
23
24   _____    _____
     NEIL BROOM                            DATE
25

**&**

**&**   1:4 2:10,15,21

**0**

**00094**   1:3

**1**

**1**   3:10 6:25
**1.310**   34:25
**10/4**   7:13
**100**   2:4
**1000**   2:12
**11**   12:12 13:3,4
**12**   14:7 18:22
**13**   15:4
**15**   34:2
**151**   2:21
**15th**   32:13 33:16
**17th**   16:5
**18**   23:16
**19**   23:16
**1900**   2:16

**2**

**2**   1:15 22:23,25
  34:4 35:1
**20**   5:18 6:15,17
  22:20,21 27:10
**200**   9:5
**2021**   1:15 5:18
  32:12,13 33:16
  34:2,4 35:1
**21**   4:22 27:10
**21301**   2:4
**24**   18:22
**25**   27:9,12
**2500**   2:22
**2:00**   1:15
**2:45**   1:15 31:9
**2nd**   32:12

**3**

**3**   22:7,8
**3.5**   22:5
**30**   34:17,25
**302**   2:11
**3055**   32:18 33:19
**312-704-3000**   2:23
**32**   3:5
**32810-5939**   2:17
**33**   3:6
**33433-2389**   2:5
**33602-5955**   2:12
**34**   3:7
**35**   3:8
**3500**   21:24,25 22:3
  22:5
**352-333-3700**   2:13

**4**

**4**   3:4 9:17
**400**   2:16
**407-775-3548**   2:17
**4786661**   34:4 35:1
**48**   18:22

**5**

**535554**   10:1,2
**561-404-4350**   2:5
**5:20**   1:3

**6**

**6**   3:10
**60606**   2:22

**7**

**7**   9:13,16

**8**

**8**   11:18
**8/25/21**   7:10 29:14

**9**

**9**   11:18

**9/13/2024**   32:20

**a**

**able**   14:9 16:6
  26:19
**absolutely**   14:13
**access**   13:20 15:6
  16:6,9,11,13,14,17
  16:17 18:2
**accessing**   16:12
**accuracy**   34:8
**acknowledged**   4:3
**action**   33:14,15
**activated**   21:8,15
  23:9
**addendum**   26:9
  29:13
**addition**   7:25 26:4
**additional**   6:17 7:7
  7:9 9:3 25:25 26:3
  26:5,5
**additionally**   12:6
**address**   11:15,16
**admin**   15:7 16:17
**administrative**
  16:8
**administrator**
  16:12
**advice**   29:2
**agreement**   6:4 12:9
**ahead**   10:21
**al**   34:3 35:1
**allow**   12:25 16:10
**allows**   15:18
**alterations**   28:20
  29:4
**alvarez**   2:10
**ameleciopineiro**
  2:14
**america**   19:5
**amount**   22:15

**analysis**   25:3
**analyze**   25:7
**angelica**   2:10
**answer**   21:9,10,11
  21:13 23:12,14
  25:23 26:8,21
**anybody**   10:10
  11:11 16:10
**aperture**   9:2
**apparently**   18:6
**appearances**   2:1
**appeared**   32:11
**appearing**   20:10
**applies**   21:1
**apply**   33:22
**approximately**
  6:10,19
**artist**   9:11
**asked**   5:3,4,6 11:8
  28:20,21
**asking**   8:18 20:4,15
**assume**   22:17 25:11
**attach**   6:21
**attached**   15:24
  16:1 34:10
**attorney**   4:12 5:22
  33:12,14 34:13
**august**   5:18 16:5
**author**   13:25
**authorized**   33:7
**available**   9:5 12:25
  14:25 34:5
**avenue**   2:11

**b**

**b**   4:15
**back**   17:25 18:8,9
  18:25 25:21 28:10
**basically**   28:14
**beach**   32:5 33:4
**behalf**   1:20

**believe**  24:24 30:25
**benefit**  29:23 30:2
**better**  27:25
**billed**  6:8
**bits**  22:4
**blown**  19:12,22
**boca**  2:5
**bottom**  10:13 13:2
**boulevard**  2:16
**brief**  30:14
**broom**  1:17 3:3 4:2
  4:15,16 7:2,7,15
  25:3 32:11 34:4
  35:1,3
**brown**  33:25
**browser**  18:13,17
  19:14
**browsers**  14:23
**builds**  11:11
**business**  4:21
**bytes**  21:1,21,23,24
  21:25 22:3,4,5

**c**

**c**  12:23
**cached**  22:19 23:1
  26:16
**caching**  18:20
  26:12
**california**  32:23
**call**  15:12 16:3 23:9
**called**  7:7 12:23
**capture**  14:12
**case**  1:3 4:12,23 6:9
  7:21 11:14 12:7
  15:17 24:6 30:9
**catch**  25:5
**cause**  1:24
**center**  4:19
**certainly**  9:16
  11:22 12:18 15:10
  21:20 23:21

**certificate**  3:5,6
  32:1 33:1
**certification**  33:21
**certify**  32:10 33:7
  33:11
**certifying**  33:24
**chad**  15:11 16:4
**chance**  25:25
**change**  16:9 29:2
  29:11,14 35:3,5,7,9
  35:11,13,15,17,19
**changed**  5:17 28:10
  29:18
**changes**  29:20 34:8
**changing**  17:12,12
**checked**  9:4 28:23
**chicago**  2:22
**choose**  24:19
**christopher**  1:8 2:8
**chrome**  14:24
**civil**  34:25,25
**clarified**  9:24
**click**  14:11,16 18:4
  19:11 20:1,5
**clicking**  14:22
**clicks**  18:12 20:16
**cloudflare**  7:23
  16:21,22,23 17:2,2
  17:18,21 18:1,7,15
  18:15,17,19 19:4
  19:10,13,14,18
  20:3,9,18,20 21:16
  22:20 23:10 25:16
  26:13,15,16 28:4
  28:11
**code**  14:17,18,20
  14:21
**cole**  2:15
**com**  12:23
**come**  19:4

**comes**  18:17
**coming**  10:12 11:3
  19:14
**command**  14:15
**commission**  32:20
**companies**  23:18
  24:7
**company**  4:18
**completed**  34:16
**compressed**  23:2
**compression**  21:1
  23:6 28:6
**computer**  4:17
**concerned**  27:23
  27:23
**concluded**  31:9
**conclusive**  26:13
**confuse**  22:4
**confused**  19:6
  25:19 27:9
**confusing**  19:19
**connect**  17:1
**connected**  33:14
**consider**  28:16
**considered**  34:18
**considering**  29:9
**contain**  23:25
**contained**  21:18
**content**  19:16
**control**  33:23
**conversation**  28:8
**coordinates**  8:25
**copied**  14:7
**copies**  34:14
**copy**  6:24 7:2 15:1
  15:20,22 18:19,20
  19:12 31:6
**copyright**  9:7,10
  13:15,25 23:25
  24:2 26:6

**correct**  4:9,25 6:5
  13:6 14:13 25:20
  27:3 33:9
**correctly**  20:13
**counsel**  2:2,7,19
  29:2 33:12,14
**county**  32:5 33:4
**couple**  9:9 12:19
**course**  16:8
**court**  1:1,21 33:6
  33:20
**cover**  25:22
**craig**  2:3 4:11 7:4
  24:22
**craig.wirth**  2:6
**csklegal.com**  2:18
**culbertson**  2:21
**cv**  1:3

**d**

**dashboard**  21:16
**data**  7:20,24 8:2,4
  8:6,20,21,23 9:6,8
  10:12 11:2 12:13
  12:16,19,24 13:3
  14:1 15:13,15,16
  15:19,24 16:1,10
  16:11,18,25 17:3
  17:17,20,22 18:7
  19:9 21:18,24,25
  22:1,14,15,24
  25:15 26:20 28:1,6
  29:6,24 30:3
**date**  8:24 34:11
  35:24
**dated**  5:18 33:16
**david**  2:15
**david.gordon**  2:18
**day**  30:14 32:13
  33:16
**days**  34:17

**declare** 35:21
**default** 21:7
**defendants** 1:11
  2:7 3:11
**definitely** 16:16
**definition** 8:22
**definitive** 26:21
**delivered** 17:16
**depends** 21:20
**deposed** 28:15
**deposing** 34:12
**deposition** 1:17,24
  5:11,14,15 6:7,8
  28:22 33:8
**depositions** 5:19
**describe** 15:8 16:22
**description** 28:4
**desino** 1:8,9 2:8,8
**detail** 28:9
**developer** 15:8
  17:1
**development** 17:7
  17:9,18,24 27:6
**difference** 13:9
  15:6 22:9,10,15
**differences** 15:8
**different** 9:5 23:17
  24:20
**difficult** 14:14
**dig** 14:19
**digit** 9:19
**direct** 3:4 4:6 11:12
  15:20,22 33:23
**directly** 11:13,13
  12:2 13:17 18:24
  26:17
**director** 4:20
**discover** 9:23
**discretion** 33:23
**discuss** 12:12

**discussing** 10:8
**display** 12:24 14:5
  24:2 26:6
**displayed** 13:21
  14:2 18:5 19:7 20:6
  20:14 25:4,8,16
  28:24
**displaying** 14:5
  24:5,19
**displays** 26:15
**district** 1:1,1
**division** 1:2
**document** 35:22
**documentation**
  8:16 13:1
**documented** 7:22
**documents** 5:23
**doing** 9:21 24:11
  24:17,17 30:8
**domain** 11:17
**double** 19:11
**downloaded** 14:8
**drafted** 29:18
**drag** 14:11
**driver's** 32:23
**duces** 5:21
**duly** 4:3 32:12

**e**

**e** 4:15 12:23 34:25
  34:25 35:2,2,2
**easier** 12:19
**easy** 13:1,17 14:19
**eckman** 2:25 15:11
  16:3 23:8 25:19
  30:1
**eckman's** 27:3
**efficient** 30:25
**eight** 6:19
**either** 21:2,3 27:1
  30:23

**eloyprophoto**
  13:16
**email** 34:12
**emailed** 34:15
**embedded** 14:18,21
  16:18
**employee** 33:12,13
**enhancements**
  17:25
**enhances** 17:2
**enhancing** 17:4
**environment** 15:13
**errata** 3:8 34:10,12
  34:16
**error** 10:5
**especially** 29:9
**esquire** 2:3,9,10,15
  2:20 33:25 34:1
**estate** 8:11,12 24:7
**et** 34:3 35:1
**europe** 19:5
**everybody** 6:23
  13:22 24:11 28:15
**evidence** 15:5
**exact** 6:11 11:1
  12:21 13:20 28:20
  30:8
**exactly** 15:1
**examination** 3:2
  4:6 15:5
**examine** 12:16,18
**example** 8:5 12:13
  12:21 19:8 20:7
  21:19 28:24 30:14
**examples** 11:22
**exception** 29:22
**executed** 29:18
**exhibit** 3:10 6:21
  6:25
**exhibits** 3:9,11

**exif** 7:19,24 8:2,4,6
  8:20,21,23 9:6,8
  12:13,19 13:3 14:1
  15:24 16:1,18 18:6
  19:9 22:1,24 25:15
  26:20 28:1,6 29:6
  29:24 30:3
**exists** 30:5,6
**experience** 17:3
  27:12,24
**expert** 3:10 4:17,25
  5:4 7:18 8:17 9:18
  10:2
**experts** 28:15
**expires** 32:20
**explain** 12:15
**explanation** 18:11
  26:14
**extensive** 9:21
**extensively** 11:12
**external** 7:22

**f**

**f** 1:9
**facts** 29:5 35:22
**fails** 34:20
**familiar** 8:8,15
  11:4 20:24
**far** 28:23
**farms** 23:23 26:4
**federal** 34:18,25
**fee** 6:3,5,12
**fields** 9:4,5,9
**figure** 18:5
**file** 15:18,21 22:24
**film** 1:4 12:7,11
  34:3 35:1
**financially** 33:15
**find** 10:14 14:19,20
  25:10
**finding** 7:17

findings 5:5,7 7:15
fine 4:11
firm 14:4
first 17:14 23:21,24
 26:14
five 9:19
fives 10:3
fl 2:5,12,17 34:14
flat 6:3,5,12
florida 1:1,22 32:4
 32:10 33:3 34:19
 34:25
focal 9:1
following 24:14
follows 4:4
fonts 17:12
forefront 27:21
foregoing 33:8,21
 35:22
forensics 4:17 6:6
form 27:13
format 11:4
formatting 17:12
forward 28:19
found 29:5
franklin 2:21
freeze 24:22
front 8:23 10:20
 11:5,17 14:6
ftp 15:7,17,17 16:7
 16:17
full 19:22,24 20:2,2
 20:8,17,17
function 20:20
functionality 27:16
functions 21:4,5
further 33:11
future 10:11

**g**

gerlach 1:21 32:9
 32:19 33:6,20
getting 26:15,17
give 12:21
given 33:10
gives 14:17,18
global 27:1
globalsites.net 1:10
go 5:24 8:13 10:21
 10:23,25 18:9,25
 22:20 25:21
goes 18:13
going 6:11,22 9:12
 11:13 26:9,25
 28:16 31:1
golden 1:4 12:7,11
 34:3 35:1
good 4:8 21:9
google 11:12 23:17
 23:24
googling 10:15,16
gordon 2:15
gotten 7:5
gps 8:25
great 13:11
gregory 33:25
guess 4:8 9:15
 11:20 12:16 14:7,9
 15:3,6 18:4 23:19
 24:10 27:9
guyton 2:10

**h**

h 35:2
half 26:5,7,7
hand 32:13
happening 27:20
harbour 2:11
hernandez's 5:15

hh41912 32:20
hinshaw 2:21
hinshawlaw.com
 2:23
hit 25:21
hold 31:5
horse 1:8 2:7 4:24
 7:19 15:25 16:7
 18:14,14 19:1,24
 24:4,8 25:11,14
 34:3 35:1
hosted 20:11
hours 6:9,15,17,19
 18:22,22,22

**i**

identification
 32:23
identifies 28:5
il 2:22
image 12:13 18:19
 19:22 20:8,17 21:2
 21:25 22:1,9,17,19
 28:23,24
images 16:18 19:21
 22:12 26:12
imagine 30:18
immediately 18:7,9
implemented 17:10
inaudible 24:21
include 26:8
included 6:1 9:7
 10:7 11:21 12:20
including 24:8 28:6
incorrect 9:19
index 3:1
individual 26:24
industry 24:18
 29:8,12
influence 29:7
info 13:4

information 8:24
 9:7 12:16 13:1,15
 14:25 17:15 23:25
 24:3 26:7,16,16,17
 27:22 28:4
initial 29:15
inspect 14:15,16,22
interested 33:15
internet 11:3,15,24
 22:16
investigate 26:10
irfinview 12:24
issue 28:1 30:5,6,9

**j**

joan 8:1,5 10:14,25
 12:1 13:5,6,7,16,22
 13:24 14:8
joanne 29:9
joanpletcher.com
 10:18
joanpletcher.com's
 11:15
job 34:4 35:1
joel 2:25 15:11
jones 2:10
jpeg 19:17

**k**

k 1:9 2:20
keep 18:20,23
kilobytes 22:7,8
kind 5:24 15:4
kingdom 19:3
kissane 2:15
knights 2:11
know 9:21 10:18
 11:6 18:21 21:9,10
 21:11 27:5,18
 28:10,12,21
known 7:23 18:20

**l**

**l**  4:15
**labeled**  9:10,11
**laboratory**  4:20
**large**  1:22
**larger**  24:7
**left**  10:2
**legal**  34:24
**length**  9:2
**letter**  3:7
**license**  32:23
**line**  35:3,5,7,9,11
  35:13,15,17,19
**links**  11:1
**lisa**  1:21 32:9,19
  33:6,20
**list**  23:16
**listed**  9:18 10:22
**listing**  8:7,11 9:13
  9:18,25 10:14,24
  11:16 13:7,13,24
  14:8 18:3,4 26:24
  29:10 30:7
**listings**  8:4,12
  11:14 12:1 13:16
  13:18,20 23:24
  24:6 26:4,5,6,15,19
  30:8
**lists**  8:12
**literally**  29:1
**litigation**  28:7
**llc**  1:5,8,9,10
**llp**  2:21
**localized**  19:2
**locally**  18:6 19:17
**located**  11:23
**location**  7:19 11:1
**long**  4:21 27:5,7
**look**  8:22 17:16,24
  19:11 22:20,25
  28:18

**looked**  26:3 28:3
**looking**  9:12 10:11
  17:20,20,22 19:13
  19:20,20,21
**looks**  17:23 18:3
**loop**  17:19

**m**

**m**  2:15 4:15 12:23
**major**  7:17 28:9
**majority**  30:7,13
**making**  27:24 29:4
**management**  9:7
  23:25 24:2
**mandatory**  24:17
**manipulated**  17:21
**manipulation**
  15:20
**manually**  21:8,15
**mark**  2:20 15:12
  30:18,20
**marked**  6:25
**matthew**  1:9
**mean**  14:3 16:15
  17:4 29:25
**meaning**  19:2
**means**  33:22
**meat**  15:4
**meeting**  15:10
**megabits**  22:4
**megabytes**  22:4,5
**melecio**  2:10
**mentioned**  15:17
**metadata**  20:25
  21:18 23:3,7 28:6
  29:10
**metapicz**  12:22
  13:3,4
**michael**  2:9 34:1
**middle**  1:1
**mike**  7:5 30:18

**mind**  27:21
**minute**  7:4
**miracle**  5:5 16:15
**miracle's**  5:14,16
  7:18,25 9:17 10:1
  12:14 13:12 28:22
**missing**  9:24
**mls**  8:4,7,8,10,15
  8:17,17 9:13 10:6
  10:14 11:25 12:3,5
  13:6,20,22,24 14:4
  14:8 22:1,12,18
  29:10 30:7,8,10
**mls1.jpeg**  20:6
**mode**  15:8 17:7,9
  17:18,25
**moment**  6:11
**monitoring**  6:13
**morning**  4:8,8
  28:23
**moving**  12:12 15:3
  28:18
**msrywant**  2:13
  34:1
**msuri**  2:23
**multiple**  8:11 10:10
  12:18 20:23
**multiply**  22:11

**n**

**n**  4:15
**name**  4:11,13 11:17
  12:21
**named**  12:22
**nancy**  5:5,14
**necessary**  5:23
**need**  17:10
**neglected**  8:2
**neil**  1:17 3:3 4:2,15
  31:2 32:10 34:4
  35:1,24

**new**  20:5
**night**  5:23
**normal**  29:12
**north**  2:21
**notary**  1:21 32:10
**note**  34:9
**notice**  1:23
**noticeable**  22:9,10
  22:14
**noticed**  22:23
**number**  5:22 9:18
  9:20,23,25 22:25
  23:17 29:5
**numbers**  9:4,13

**o**

**o**  4:15,15
**oath**  3:5 4:4 32:1
**objection**  27:13
**ocala**  1:2,8 2:7 4:23
  7:19 15:25 16:7
  18:14,14 19:1,24
  24:4,7 25:11,14
  34:3 35:1
**ocalahorseproper...**
  18:3 19:16 20:11
**occur**  27:19
**occurring**  26:11
**occurs**  25:16
**oem**  9:25
**offers**  18:1
**official**  32:13
**ohp**  19:8,9 26:6,20
**okay**  6:14 7:11
  11:18 14:7 22:8
  25:24 29:3
**ones**  12:2,3 24:1
**online**  15:10
**open**  20:5
**opens**  20:16
**opine**  5:5,6

**opinion** 10:6 29:7
  29:11,19,20
**opinions** 5:17
  29:15
**opposed** 18:25
**optimization** 30:3
**optimize** 16:24
**optimizes** 20:21
**optimizing** 17:5
  27:24 29:22
**option** 20:25 21:3,7
  23:9
**options** 20:23
  28:11
**order** 16:24 18:18
  31:1
**ordering** 34:15
**original** 6:6
**orlando** 2:17
**overall** 7:15
**overlying** 29:21

**p**

**p** 12:23 33:25
**p.m.** 1:15,15 31:9
**pa** 2:15
**page** 3:2 9:13,16,17
  10:13 11:18 12:12
  13:3,4 14:7 15:4
  17:13 23:21 35:3,5
  35:7,9,11,13,15,17
  35:19
**pages** 10:10 23:16
  27:10
**palm** 32:5 33:4
**particular** 9:3,14
  10:9,17 27:16 30:9
**particularly** 14:24
**parties** 33:12,13
  34:15
**penalties** 35:21

**people** 8:12 11:6
  22:20,21,25
**percent** 22:22,23
  22:25
**percentages** 21:22
**period** 18:21,21
  22:21
**perjury** 35:21
**person** 18:23
**phone** 23:8
**photo** 13:4 14:8,11
  14:12 15:25 18:5
  19:7 22:20 23:2
**photograph** 8:22
  8:23,24,25 9:1,3
  10:9 15:22 18:12
  20:3
**photographs** 11:23
  11:24 12:1 16:1
**photography** 1:5
**photos** 25:4,7
**picture** 8:23 14:21
  18:16,23,25 19:2,4
  19:11,12,13,24
  20:16,17,21 23:1
  30:4
**pictures** 7:20 8:7
  12:8 13:13,15 14:5
  19:25 26:22 29:23
**pineiro** 2:10
**place** 2:11
**plaintiff** 1:6,20 2:2
  4:12
**plaintiff's** 1:23 3:9
  6:25
**please** 4:13 34:11
**pletcher** 13:11,23
  13:24
**pletcher's** 8:1,3,6
  10:14,25 12:1 13:5
  13:6,8,16,19 14:8

29:10
**point** 28:12,14,17
**pointed** 30:11
**polish** 20:19,20,25
  23:6,9 26:24 28:3,5
**possible** 26:14
**potential** 9:6
**potentially** 9:1
**powerline** 2:4
**precise** 27:17
**preference** 31:3
**preferred** 12:1
  13:7,18,23
**preparation** 6:17
**prepare** 4:24 5:3
  5:10
**preparing** 6:7
**present** 2:25
**presentation** 16:24
**presented** 17:17
**president** 4:20
**previously** 25:20
**principals** 4:24
**prior** 28:7
**prl** 1:3
**probably** 30:19
**procedure** 34:25
  34:25
**proceedings** 31:9
  32:2
**process** 29:12 30:8
**processing** 17:14
**produce** 6:5
**produced** 7:6 32:23
**produces** 8:4
**product** 12:22 17:8
  17:9
**production** 1:4
**professionally** 4:16
**program** 12:23

**programs** 12:25,25
**proof** 26:13
**properties** 1:8 2:8
  4:24 7:19 8:13,14
  15:25 16:7 18:14
  18:14 19:1,24 24:5
  24:8 25:12,14 34:3
  35:1
**property** 13:13,21
  14:5 19:21,22
  23:22 24:5
**protocol** 15:18
**provide** 15:14
**public** 1:21 16:6,14
  16:16 20:15 25:4,8
  32:10
**pull** 14:25
**purpose** 9:10
**purposes** 13:1
  28:13
**pursuant** 1:23
**put** 10:15 11:16
  17:18
**putting** 11:5

**q**

**question** 7:21
  11:20 12:11 13:11
  14:9 20:12,14,15
  21:9 23:19 25:6
  28:20,25 29:21
**questions** 15:14
  30:16,21,22
**quick** 30:25
**quickly** 10:23 31:5
**quite** 25:5
**quotes** 10:15

**r**

**r** 4:15 35:2,2
**raton** 2:5

raw  17:16,22
rbd  1:3
read  5:15 14:21
    27:3,21 31:2,4 34:7
    35:22
readily  14:25
reading  5:18 31:7
real  8:11,12 14:9
    24:7
really  6:20 27:22
realtor  30:11
realtor.com  24:8
realty  14:4 23:17
reason  9:14 10:4,6
    10:17,22 18:18
    23:19 28:21 34:9
    35:4,6,8,10,12,14
    35:16,18,20
reasonable  34:18
reasoning  9:15
    24:10
reasons  29:1
recall  22:9
recalled  22:18
receipt  34:17
received  8:17
receiving  30:2
record  4:14 24:25
redundant  21:1
reference  15:23
referenced  34:5
referred  13:12
referring  9:17
    10:19,24 25:11
regard  34:19
reinagel  15:11,14
    16:4
relative  33:11,13
remote  1:14
remove  17:14

removed  7:20 8:5,6
removes  17:19 21:1
removing  30:3
report  3:10 4:25
    5:2,3,4,15,16,17
    6:6,18,22 7:2,9,18
    8:1 9:12,18 10:1,1
    10:2,5 11:18,23
    12:14 13:12 14:19
    15:2,4,24 25:18
    26:1,3 27:9,10
    29:14,15,17 30:12
    33:8
reporter  1:21 3:6
    6:24 32:9,19 33:1,6
    33:20,24
reports  10:9
representation
    19:23
representing  5:22
reproduction  33:22
request  18:13,15
    18:16,24,24
research  5:8 6:18
    7:8,9,21 29:13
researched  5:9
    29:25
resource  4:19
response  24:23
results  23:22 24:1
retained  4:23 16:19
retainer  6:3,4
retaining  24:14
retains  18:19
returned  34:17
review  3:7 5:4 9:21
    12:13 25:25 34:6
reviewed  5:14 6:1
    8:16 28:9
right  14:11,16,22
    18:10 20:5,12

30:12,24
road  2:4
robert  1:8 2:8
roughly  6:15
rule  34:25,25
rules  8:15 34:18
run  2:11
running  22:23
russo  2:10
rywant  2:9,10 7:4
    7:11,13 24:24
    27:13 30:20,22
    31:2,6 34:1
rywantalvarez.com
    2:13,14 34:1

**s**

s  2:9 34:1 35:2
sad  21:11
sans  1:9 2:19
satisfied  29:3
save  14:11 15:1
saved  15:13
savings  22:22,24
    23:1
saw  6:3 9:22
saying  13:9 19:17
    21:20,21,21 27:11
    27:14,15,18,19
scope  5:2
scott  2:15
screenshots  15:15
seal  32:13
search  23:22
searches  23:17
secure  16:24
securing  17:4
see  7:10 8:22 13:2
    15:19,24 18:17
    19:25 20:1 24:1
    26:20

send  6:23
sends  18:15 19:4
sense  21:6,17
sent  5:21,22 18:7
    20:8,18,21 22:15
separately  6:8
september  1:15
    32:12,13 33:16
    34:2,4 35:1
server  15:21,23
    16:2 19:3
servers  15:19,25
service  7:23 8:11
    23:6
serviced  18:24
    19:12 20:3
services  18:16
    19:24
serving  27:2
set  14:10
setting  9:2 26:24
    27:1
seven  24:1,6,17
    30:13
sheet  3:8 34:10,12
shorthand  32:9
show  8:3 14:18
    24:11 29:11
showing  13:23
    16:18 19:8,17
    23:23
shows  7:22 24:18
side  8:3 13:6,7
sign  34:12
signature  32:18
    33:19
signed  6:2 34:21
signing  31:7
simple  17:12
simplify  8:21

[single - version]                                                                 Page 43

**single**   21:25 22:17
**sir**   4:10 5:1,20 7:3
   8:9 10:20 11:4,10
   16:20 17:8 19:19
   25:9,21 26:12
   29:16
**site**   10:18 11:5,12
   11:16 13:17 14:10
   15:7 16:7 29:10
**sites**   12:4
**size**   19:24 20:2,2,8
   20:17,17
**slightly**   25:19
**small**   19:25
**solutions**   34:24
**somebody**   9:20
   16:15
**sorry**   15:11 25:1,5
**sort**   11:8
**sotheby's**   24:9
**specific**   10:15
**specifically**   9:17
   28:5,19
**speeding**   17:5
**spend**   6:16
**spent**   6:9
**spoilation**   28:13,17
   29:1
**spoken**   30:1
**sriplaw**   2:3
**sriplaw.com**   2:6
**standard**   11:10
   24:12,15,18 29:8
**standards**   24:16,16
**stands**   15:18
**start**   16:21 29:4
**starting**   15:4
**state**   1:22 4:13 32:4
   32:10 33:3
**stated**   7:18 8:1
   35:22

**states**   1:1
**statute**   34:19
**stenographically**
   33:8
**stonestreet**   13:13
   23:23 26:4
**stored**   19:17
**straight**   10:23 11:2
**street**   2:21
**strip**   22:14
**stripped**   21:19 22:1
   25:15 28:1 29:6
**stripping**   7:23
   22:13 23:2,7 25:15
   27:17,22 29:24
**strips**   20:25 28:6
   29:10
**stuck**   11:9
**submitted**   6:18
**subpoena**   5:21
**subsequent**   5:8
**suggested**   34:16
**suite**   2:4,12,16,22
**summarize**   7:16
**summit**   2:16
**supplemental**   7:6
**support**   28:4
**support.cloudflar...**
   21:14
**supposed**   9:20
   17:24
**sure**   10:10 21:23
   25:7,22 26:8 30:5,6
**suri**   2:20 15:12
   30:21
**sworn**   4:4 32:12
**system**   22:13

**t**

**t**   1:9 12:23 35:2,2
**tab**   20:5

**take**   9:2 15:15 31:6
**taken**   1:20 8:25 9:1
   13:5
**talk**   9:13 17:6
   25:18
**talked**   23:8
**talking**   16:21 23:23
**talks**   11:18
**tampa**   2:12
**target**   18:10
**technical**   4:19 11:6
**technique**   11:10
**tecum**   5:21
**ten**   23:24 24:2,6,17
   30:13
**terra**   1:9 2:19
**test**   17:10,13 21:24
   22:23
**testified**   4:4
**testimony**   19:7
   25:20 27:3,8 33:10
   34:7,17
**testing**   17:23
**thank**   30:15,17
**thing**   16:14 20:5
   25:22 29:21
**think**   5:23 6:20 7:7
   7:17 8:19 9:4 14:14
   27:14,25 28:7,8,15
**thousands**   22:11,11
   22:12
**three**   24:13,19
**thrown**   9:22
**thumbnail**   19:21
   19:23
**thumbnails**   19:25
**thursday**   1:15
**time**   5:25 6:7,16
   8:25 9:4 18:21,21
   22:9,13,18,21
   26:14 27:7 28:12

   28:14 30:15
**times**   22:11,25
**today's**   5:10
**told**   28:12,19
**tool**   16:23
**tools**   12:18
**top**   9:16
**tower**   2:16
**transcript**   31:8
   33:9,21 34:5,20
**transcription**   33:10
**transcripts**   34:14
**transfer**   15:18
**translate**   22:3
**true**   33:9 35:22
**trying**   18:5
**turn**   17:24
**two**   2:11 13:10 26:5
   26:19,21,22
**typographical**   10:5

**u**

**understand**   10:11
   12:20 13:2 20:12
   27:11,15,16 30:2
**united**   1:1 19:3
**url**   14:18 20:6,10
**use**   14:24 17:8
**user**   17:3,16 18:2
   18:12 20:16,18,22
   25:17 27:25
**user's**   18:16
**uses**   11:11

**v**

**v**   34:3 35:1
**varney**   1:9
**verify**   6:2 34:8
**veritext**   34:13,24
**veritext.com**   34:14
**version**   15:7 20:2,2

[videoconference - zoom]                                                    Page 44

| | |
|---|---|
| **videoconference** 32:2,11 | **websites** 11:11,11 16:23 23:24 24:13 29:6 30:4 |
| **view** 8:12,13 13:3 17:3 | **week** 28:22 |
| **visible** 8:2 | **went** 28:8 |
| **visual** 19:23 | **wirth** 2:3 3:4 4:7 4:11 6:20 7:1,9,12 |
| **vs** 1:7 | 7:14 24:23 25:1,2 28:2 30:15,18,24 |

**w**

| | |
|---|---|
| **waived** 31:8 | **witness** 3:2,7 4:3,5 24:22 30:17 31:4 32:13 33:10 34:7,9 34:11,20 |
| **walked** 15:12,16 | **wondering** 12:9 |
| **want** 6:2 9:22 11:14,15 15:3 17:13,14,16 25:22 26:7 | **word** 11:5,16 |
| **wanted** 10:10 | **words** 24:4 |
| **wants** 18:2 | **work** 6:6 18:8 |
| **waste** 5:24 | **worked** 27:5,18 |
| **watermark** 12:6,7 | **works** 20:24 27:12 27:15 30:10 |
| **watermarks** 11:19 11:24,25 12:3,4,10 12:10 13:14,25 14:6 | **worried** 28:16 |
| **way** 10:16,22,24 11:2,6,12 13:17,22 14:3,10 17:13,23 24:4,19,20 27:21 28:8 30:10 | **worry** 7:12 |
| | **would've** 5:25 |
| **ways** 10:23 | **wp** 19:16 |
| **we've** 23:22 | **wrote** 10:13 |
| **web** 16:11 17:1,13 17:15 18:13 27:5 | **y** |
| **website** 8:1,3,5,6 10:25 12:2,3,22 13:5,7,8,11,19 14:16,17,22 15:16 17:1,4,11,15,17,22 18:13 19:8,9,16 20:1,11 21:15 25:12,14 26:6,18 27:2,24 | **yeah** 5:8 |
| | **years** 4:22 27:9,12 |
| | **yesterday** 7:6 |
| | **z** |
| | **z** 12:23 |
| | **zillow** 24:8 |
| | **zoom** 1:14 2:1 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

GOLDEN FILM PRODUCTION &
PHOTOGRAPHY, LLC,

          Plaintiff,                Case No. 5:20-cv-00094-RBD-PRL

    v.

OCALA HORSE PROPERTIES, LLC,
ROBERT DESINO, CHRISTOPHER
DESINO, MATTHEW T. VARNEY, AND
SANS TERRA, LLC FKA
GLOBALSITES.NET LLC,

          Defendants.

## **EXPERT REPORT #1 OF NEIL BROOM**

I have been asked by Michael Rywant of Rywant, Alvarez, Jones, Russo &

Guyton, P.A., attorney for Defendants, to review the July 9, 2021, Declaration of

Nancy Miracle and to offer my opinion concerning EXIF data, including

"Copyright Management Information" being removed from images served from

the Ocala Horse Properties website.

As detailed, the Ocala Horse Properties website did not remove the EXIF

data in question; Cloudflare's Image Optimization service removed the EXIF data.

As evidenced, the EXIF data removal occurred without Defendant's knowledge.

1

EXHIBIT

1

## BACKGROUND AND QUALIFICATIONS

I am the Chief Executive Officer, Senior Investigator, and Laboratory

Director for Technical Resource Center, Inc. ("TRC"), a computer forensics and

investigation practice firm headquartered in Huntington Beach, California.

I have over 25 years of experience providing investigative, technical,

educational, and security services.  I was awarded a **Bachelor of Science Degree**

**in Computer Forensics and Digital Investigation** and a **Master of Science**

**Degree in Digital Forensic Management**.  I am a Certified Computer Examiner

(CCE), a Certified Fraud Examiner (CFE), a Cellebrite Certified Mobile Examiner

(CCME), and a Certified Information Systems Security Professional (CISSP).  I

currently serve on the Ethical Standards Committee of the International Society of

Forensic Computer Examiners (ISFCE).  I co-authored a book in the field of

Computer Forensics entitled *Computer Forensics JumpStart*.  I have provided

training in the fields of Computer Forensics and Information Security to over 3,000

students.  I am a licensed California Private Investigator, Florida Private

Investigator, Texas Private Investigator, Georgia Private Detective, and Michigan

Professional Investigator.

I have performed and supervised computer forensic work on hundreds of

electronic devices including laptops, workstations, network servers, mobile devices

2

(Cell Phones), hard drives, USB devices, and Internet-based evidence (i.e., online

Email and Data Storage) including Photographic EXIF Data (meta data) analysis.

I have mastered the standard computer forensic methodologies through my

personal experience performing and supervising forensics exams and through my

completion of numerous courses and certifications.

I have testified as an Expert Witness in Federal and State Courts and I am

appointed to the Los Angeles Superior Court Panel of Expert Witnesses for

Computer Forensics, Cellular (Cell Phone Forensics), and GPS Mapping and

Analysis.  A true and correct copy of my Curriculum Vitae is attached hereto as

**Exhibit A**.

## CASE BACKGROUND

A copyright infringement claim has been brought against Defendants by

Golden Film Production for the removal of EXIF data, including "Copyright

Management Information" from photographs of horse farms in the Ocala, Florida

area that were uploaded to the MLS Service to aid in selling the properties.

Defendants operate the Ocala Horse Properties website and utilize the Stellar

MLS Service to provide MLS Listings for the website.  These listings contain

images of properties for sale.  EXIF data is contained as a part of these images.

## PHOTOGRAPHIC EXIF DATA

Digital photographs contain both the actual image that you can see and data about the image that is referred to as metadata or EXIF data. EXIF is the abbreviation of "Exchangeable Image File Format," a standard that specifies the formats for image tags used by digital cameras (including smartphones). A forensics review of an image taken with a digital camera or smartphone will contain the date and time the photograph was taken as part of the metadata. Additionally, the EXIF data may contain the GPS coordinates of where the photographic was taken; the make, model, and serial number of the device used to take the photo; and technical details about the photo such as aperture setting and focal length when the photo was taken.

EXIF data may also include the name of a software program that was used to modify the image (i.e., Adobe Photoshop CS5.1 Macintosh).  Additional data such as Artist and Copyright can also be added to the EXIF data.

Multiple tools can be used to examine the metadata (EXIF data), including an online metadata review tool named "metapicz" (http://metapicz.com) and an image viewer named IrfanView.

DECLARATION OF NANCY MIRACLE

Page 4, Paragraph 9, 2nd sentence of Nancy Miracle's Declaration reads,

"The image, which is shown below, is titled "Stonestree April12 2018 001

2R9A598.'"

The name of the Property, as displayed on Joan Pletcher's website is

"Stonestreet Farm."

# Stonestreet Farm – NW Ocala Horse Farm

Ocala Horse Farms - $10M plus, Ocala Luxury Estates - $10M plus in For Sale
13521 W Hwy 318, Williston

The name of the image on the website is "001-2R9A5985.jpg."  The full-

size image is located at https://joanpletcher.com/properties/stonestreet-farm-nw-

ocala-horse-farm/.  Note the last digit of "5" in the name of the jpg file.  Nancy

Miracle's image does not contain this digit.

The EXIF data for this image shows the "DateTimeOriginal" (date the image

was taken) was 2018:04:11 20:09:46 (April 11, 2018, 8:09:46 PM, unknown time

zone).

DateTimeOriginal          2018:04:11 20:09:46

5

The image was altered using "Software" "Adobe Photoshop CS5.1
Macintosh" with the "DateTime" (Modify Date) "2018:04:12 15:27:23 (April 12,
2018, 3:27:23 PM, unknown time zone).

| Software | Adobe Photoshop CS5.1 Macintosh |
|----------|--------------------------------|
| DateTime | 2018:04:12 15:27:23 |

I am uncertain of the origins of the image Nancy Miracle references as titled
"Stonestree April12 2018 001 2R9A598."  This may be one of the "original
deposit copies of Works" that is referenced in Paragraph 6; however, this is not
explicitly stated.

Page 4, Paragraph 9, 5th sentence of Nancy Miracle's Declaration reads,
"The listing address is 1352 West 318 Hwy, Williston, Florida."  The correct
address of the property is "13521 W Hwy 318, Williston," as listed on Joan
Pletcher's website.

13521 W Hwy 318, Williston

MLS LISTING "MFROM535554"

Page 4, Paragraph 10, of Nancy Miracle's Declaration reads, "Listing #OM53554 appears on all three sites: JoanPletcher, OcalaRanches, and OHP."

The listing located at https://joanpletcher.com/properties/stonestreet-farm-nw-ocala-horse-farm/ does not display the MLS listing number #OM53554, nor any MLS listing number.

The listings on Ocala Ranches and Ocala Horse Properties show the actual MLS listing number is "MFROM535554" and can be clearly seen in the URLs for these listings (note an additional "5" in the number):

- https://listings.ocalaranches.com/idx/details/listing/d003/MFROM535554/13521-W-318-Highway-Williston-FL-32696

- https://www.ocalahorseproperties.com/property-details/8190-MFROM535554-ocala-farm-for-sale/

Joan Pletcher's MLS Listing for this property can be located by Googling "site: joanpletcher.com 13521 w hwy 318 williston." The 1st Google result is for the "mls-om535554" listing at https://joanpletcher.com/idx/mls-om535554-13521_w_318_highway_williston_fl_32696.

7

## WATERMARKS

The purpose of a watermark is to protect content and to claim ownership of digital assets. Typically, a transparent logo or wording is placed on the face of a digital photograph, thereby marking the content, but still enabling the image to be viewed.

The listing on Ocala Ranches and on Ocala Horse Properties, for MLS listing number "MFROM535554," shows the image Nancy Miracle named "Stonestree April12 2018 001 2R9A598" and on the face of each image you can see two (2) watermarks:

- In the bottom, left corner, "Ocala MLS, Inc."

- In the middle, right side, "StellarMLS"



The listing on Joan Pletcher's website also contains this image, but no watermarks are visible. (https://joanpletcher.com/properties/stonestreet-farm-nw-ocala-horse-farm/).



The MLS listing for Joan Pletcher's website, however, does contain the watermarks for "Ocala MLS, Inc." and "StellarMLS" (https://joanpletcher.com/idx/mls-om535554 13521_w_318_highway_williston_fl_32696).



Detailed view of the Watermarks.

                    

Please note the lack of a Golden Films watermark on any of these images.

"ARTIST" AND "COPYRIGHT" EXIF DATA

A review of the EXIF data for the image Nancy Miracle named "Stonestree

April12 2018 001 2R9A598" from the Joan Pletcher website and the Ocala

Ranches website, both show "Artist" (or "Creator") and "Copyright" EXIF data of

"eloyprophoto."



The image, as displayed on Ocala Horse Properties website, shows no EXIF data, including "Artist" and "Copyright" EXIF data.

Please note, the image that is displayed for the MLS listing for Joan Pletcher's website is titled, "**f_OM535554.jpg**" and **shows no EXIF data, including "Artist" and "Copyright" EXIF data**. (https://images.marketleader.com/HouseImages/MFRMLS/554/f_OM535554.jpg?PhotoAccessKey=dd7012f37dc79c5cf7da00cb6877dc45).



EXAMINATION OF EVIDENCE

Cloudflare is an online resource used to secure and optimize websites and
Internet applications, and to protect corporate assets including networks,
employees, and devices.  Cloudflare is trusted by leading website integrators
including Thomson Reuters to secure and accelerate customer sites, LendingTree
to reduce Bot attacks, and Shopify to power over 1 million online storefronts.

The Ocala Horse Properties website displays images received from Stellar
MLS; however, additional processing is performed by Cloudflare before the image
is displayed to the user.  To isolate Cloudflare's processing of images from OHP's
processing, three (3) reviews were conducted.

A review of the Stellar MLS image, stored on the Ocala Horse Properties

server, and directly accessed using File Transfer Protocol (FTP) commands,

showed the EXIF data, including "Copyright Management Information."



In a second review, the Stellar MLS image, stored on the Ocala Horse

Properties server, was examined by logging into the administrative access of the

Ocala Horse Properties website (https://www.ocalahorseproperties.com/admin).

The image again showed the EXIF data, including "Copyright Management

Information."



Lastly, to isolate the functionality of the Cloudflare Image Optimization

processing that is preformed live each time a user selects an image on the OHP

website, the Cloudflare service was placed in "Development Mode." As described

by Cloudflare, use "Development Mode" to "Temporarily bypass our cache

allowing you to see changes to your origin server in real time."



With Cloudflare in "Development Mode," the image showed the EXIF data,

including "Copyright Management Information."



## CLOUDFLARE EXPLAINATION

Each time a user clicks a photograph on the Ocala Horse Properties website, that request is processed by Cloudflare's Image Optimization service. Cloudflare connects to the Ocala Horse Properties server and retrieves the requested Stellar MLS image. As described previously, at this point the Stellar MLS image still contains the EXIF data, including "Copyright Management Information."

Cloudflare's Image Optimization service then performs image resizing and a process known as "Polish." "Polish reduces the image size by stripping metadata and applying lossless or lossy compression to remove redundant bytes from images." This is the step that removes the EXIF data, including "Copyright Management Information."

Lastly, Cloudflare serves the user the optimized photograph. As a reminder, the user who requested the photograph enjoys a faster website experience because the photograph has been optimized to load quicker.

The Cloudflare Image Optimization service removes the EXIF data, including "Copyright Management Information" from the OHP Website images that a user selects and is served by Cloudflare. The Stellar MLS image, stored on the Ocala Horse Properties server, retains the EXIF data. Only the image viewed by the user in their browser loses the EXIF data, including the "Copyright."

17

GOOGLE SEARCH

A Google Search of the address for Stonestreet Farm, "13521 W Hwy 318

Williston FL," showed 1st page results for the following MLS listings:

- **Zillow** (https://www.zillow.com/homedetails/13521-W-318th-Hwy-
  Williston-FL-32696/2080962915_zpid/) - Webp File, No "Copyright
  Management Information"

- **Realtor** (https://www.realtor.com/realestateandhomes-detail/13521-W-
  Highway-318_Williston_FL_32696_M56859-24614) - Webp File, No
  "Copyright Management Information"

- **Sothebys** (https://www.sothebysrealty.com/eng/sales/detail/406-l-3045-
  om535554/13521-w-318-highway-williston-fl-32696) - .ASPX File, - No
  "Copyright Management Information"

- **Compass** (https://www.compass.com/listing/13521-west-highway-318-
  williston-fl-32696/449713641403829457/) - Yes "Copyright Management
  Information"

- **Watson** (https://www.watsonrealtycorp.com/p/13521-W-318-Highway-
  Williston-FL-32696/dmgid_137750132) - No "Copyright Management
  Information"

- **Zero Down** (https://zerodown.com/search/details/13521-W-318-HIGHWAY-Williston-FL-32696/6068119) - No "Copyright Management Information"

- **Triple Crown** (http://www.triplecrownrealty.com/homes-for-sale-details/13521-W-318-HIGHWAY-WILLISTON-FL-32696/OM535554/32/) - Yes "Copyright Management Information"

- **Estately** (https://www.estately.com/listings/info/29-om535554) - Yes "Copyright Management Information"

- **Benoot** (https://www.benootrealty.com/listings/13521-W-318-Highway-Williston-FL-32696-43869146) - No "Copyright Management Information"

- **Real Living** (https://www.realliving.com/casa-fina-realty/homes-for-sale/13521-W-318-HIGHWAY-Williston-FL-32696-291129634) - No "Copyright Management Information"


In Summary, the Google Search of the address for Stonestreet Farm, resulted in seven (7) of 1st page results websites providing no "Copyright Management Information" and three (3) websites providing "Copyright Management Information" for the image Nancy Miracle named "Stonestree April12 2018 001 2R9A598."

19

## KNOWLEDGE OF COPYRIGHT DATA REMOVAL

Page 14, Paragraph 47, of Nancy Miracle's Declaration reads, "Mr. Eckman describes Cloudflare, a utility used on the OHP website: "So for OHP, we actually implemented Cloudflare system that will, on the fly, create smaller – it will strip metadata, compress a file, create the correct size and upload it to the CDN or Content Delivery Network."  He testified, "It [Cloudflare] does not strip the copyright" and "If you pull the website [OHP] back up and you pull the EXIF data on any image, you'll see the copyright remains on Ocala Horse Properties…."

Page 14, Paragraph 48, of Nancy Miracle's Declaration continues, "Mr. Eckman's assertion that the copyright data is retained is not correct. My examination of the metadata of the copy of the Work obtained from the OHP site shows that the Copyright Management Information is not present in the image metadata."

As described above, when the Stellar MLS images, stored on the Ocala Horse Properties server, were viewed by logging into the administrative access of the Ocala Horse Properties website (https://www.ocalahorseproperties.com /admin), the image showed the EXIF data, including "Copyright Management Information."  As an Administrator of the OHP website, it is reasonable that Mr. Eckman's primary view of the Stellar MLS images was through this administrative

20

access and therefore Mr. Eckman did not know the copyright data was removed

when served by Cloudflare.

Please review Mr. Eckman's testimony during his deposition on October 19,

2020, Page 102, Lines 16-18:

```
16 A. It compresses the image and part of any
17 compression algorithm is to strip metadata, yes. It does
18 not strip the copyright.
```

Continuing on Lines 20-21:

```
20 A. It does not strip the copyright. It leaves
21 that behind.
```

Lastly, Page 103, Lines 2-8:

```
2 A. If you pull the website back up and you
3 pull the EXIF data on any image, you'll see the copyright
4 remains on Ocala Horse Properties but it does not in
5 Wellington. And in Hudson Philips I believe all the
6 data, all the metadata remains with the images,
7 including, you know, camera info, exposure and all that
8 junk that's unnecessary.
```

Each of these incorrect statements by Mr. Eckman, concerning the copyright information, show his lack of knowledge of Cloudflare's removal of copyright information.


CONCLUSION

Digital photographs contain both the actual image that you can see and data about the image that is referred to as EXIF data.  The issue in this case is that the EXIF data, specifically EXIF data showing "Copyright Management Information" was removed from images viewed on the Ocala Horse Properties website.

A Google Search for the address of Stonestreet Farm showed seven (7) of ten (10) 1st page entries of MLS listings (including Zillow.com and Realator.com) also remove the EXIF data, including "Copyright Management Information" from images served by those sites.

Even the image that is displayed for the MLS listing for Joan Pletcher's website ("f_OM535554.jpg") **shows no EXIF data, including "Artist" and "Copyright" EXIF data**.

It is standard practice, as evidenced by the above Google Search, for websites to reduce the size of images served, by stripping metadata and applying

lossless or lossy compression to remove redundant bytes of data.  This optimizes

the images, resulting in less data to transfer, and faster image display for the user.

In the case of the Ocala Horse Properties website, the image optimization

process was outsourced to Cloudflare.  Cloudflare removes the "Copyright

Management Information" from the images as it serves those images to users who

request to see the MLS listing photographs on the Ocala Horse Properties website.

As evidenced by Mr. Eckman's testimony during his deposition on October

19, 2020, Eckman showed his lack of knowledge of Cloudflare's removal of

"Copyright Management Information" from the images.

The Ocala Horse Properties website server retains the "Copyright

Management Information" for the images stored on the server.  Only the copy of

the image served to the user by Cloudflare removes the EXIF data.

_____

Neil Broom        08/20/2021

**Exhibit A**

**Neil Broom CV**



# Neil Broom
## Curriculum Vitae

nbroom@trcglobal.com

www.trcglobal.com

## PROFESSIONAL BIO:

Neil Broom is the President and Laboratory Director of the Technical Resource Center, Inc.  As an expert witness, investigator, speaker, trainer, course director, and consultant in the fields of Computer Forensics, Cell Phone Forensics, Call Detail Records and Geolocation Analysis, Network and Computer Security, Information Assurance, and Professional Security Testing, he has over 25 years of experience providing investigative, technical, educational, and security services to the military, attorneys, law enforcement, the health care industry, financial institutions, and government agencies.  He is a licensed California Private Investigator, Florida Private Investigator, Texas Private Investigator, Michigan Professional Investigator, Georgia Private Detective, and Georgia Private Detective Instructor.  He is a qualified Expert Witness in Federal and State Courts and has been appointed to the Los Angeles Superior Court Panel of Expert Witnesses.

Neil Broom was the Developer of the Technical Resource Center's *JumpStart Computer Forensics (Applied Computer Forensics)* course and the ProDiscover Certified Examiner training course and certification.  He has provided training in the fields of Computer Forensics and Information Security to over 3,000 students in the US Government, US Military, US Intelligence Agencies, and Fortune 500 companies in the United States and abroad.

Neil Broom coauthored a technical book in 2004 for Sybex Publishing titled *Computer Forensics JumpStart*. The book is a primer for anyone interested in entering the Computer Forensics field.  The second edition of this book was released in 2011, with Broom as the Technical Editor.

Neil Broom currently serves on the Ethical Standards Committee of the International Society of Forensic Computer Examiners (ISFCE) and previously served on the National Leadership Assembly of the American Society of Digital Forensics & eDiscovery (ASDFED).  Additionally, he is the past Chairman of the Digital Evidence Subcommittee for the International Association for Identification (IAI), a former member of the Delegate Assembly for the American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB), and has been a Professional Member of the National Speakers Association.  His past employment includes the U.S. Navy as a Submariner, the Gainesville Police Department as a Law Enforcement Officer, the S1 Corporation as a System Administrator, and Internet Security Systems (now a division of IBM) as a Security Trainer.

In the fall of 2009, Neil Broom received the quarterly Certified Computer Examiner (CCE) Excellence Award from the International Society of Forensic Computer Examiners (ISFCE), "For work in the field of computer forensics and representing the ISFCE and CCE designation in a positive manner."

Neil Broom holds multiple prestigious security certifications including: Certified Computer Examiner (CCE), Certified Fraud Examiner (CFE), Cellebrite Certified Mobile Examiner (CCME), Cellebrite Certified Physical Analyst (CCPA), Cellebrite Certified Operator (CCO), and Certified Information Systems Security Professional (CISSP).  Mr. Broom was awarded a Bachelor of Science (BS) in Computer Forensics and Digital Investigation and a Master of Science (MS) in Digital Forensic Management from Champlain College.

**EDUCATION:**

- Champlain College, Burlington VT - Master of Science in Digital Forensic Management - 4.0 GPA, May 2016
- Champlain College, Burlington VT - Graduate Certificate in Digital Investigation Process Management, Aug 2015
- Champlain College, Burlington VT - Bachelor of Science in Computer Forensics and Digital Investigation, December 2012
  - Graduated Summa Cum Laude - 4.0 GPA
- University of Florida, Gainesville FL - Associate of Arts Degree, May 1993
- Santa Fe Community College, Gainesville FL - Graduated Police Academy, August 1992
- Naval Submarine School, Submarine Base Groton CT - Graduated First in Class, October 1987
- Nuclear Field Electrician's "A" School, Naval Station Orlando FL - Graduated, January 1987

**CERTIFICATIONS:**

- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2021
- EnCase Certified Examiner (EnCE) Recertified, Opentext, January 2021
- AccessData Certified Examiner (ACE), AccessData, December 2020
- AccessData Certified Investigator, AccessData, December 2020
- Cellebrite Certified Mobile Examiner (CCME), Cellebrite, December 2020
- Cellebrite Certified Physical Analyst (CCPA) Recertified, Cellebrite, December 2020
- Cellebrite Certified Operator (CCO) Recertified, Cellebrite, December 2020
- Cellebrite Advanced Smartphone Analysis (CASA), Cellebrite, July 2019
- Certified Computer Examiner (CCE) Recertified, ISFCE, February 2019
- Cellebrite Certified Physical Analyst (CCPA), Cellebrite, July 2018
- Cellebrite Certified Operator (CCO), Cellebrite, August 2017
- Certified Computer Examiner (CCE) Recertified, ISFCE, March 2017
- EnCase Certified Examiner (EnCE) Recertified, Guidance Software, March 2017
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2015
- EnCase Certified Examiner (EnCE) Recertified, Guidance Software, April 2014
- Certified ProDiscover Examiner Instructor, Technology Pathways, May 2013
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2013
- AccessData Certified Examiner (ACE) Recertified, AccessData, July 2012
- EnCase Certified Examiner (EnCE), Guidance Software, July 2011
- AccessData Certified Examiner (ACE), AccessData, June 2011
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2011
- Certified XRY Physical Mobile Phone Forensics Examiner, Micro Systemation, August 2010
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2009
- Certified Fraud Examiner (CFE), Association of Certified Fraud Examiners, September 2008
- Certified Computer Examiner (CCE) Recertified, ISFCE, June 2007
- Certified ProDiscover Examiner, Technology Pathways, October 2005
- Certified EC-Council Instructor, EC-Council, July 2005
- Computer Hacking Forensic Investigator (CHFI), EC-Council, November 2004
- Certified Computer Examiner (CCE), Certificate # 28, ISFCE, January 2004
- Certified Ethical Hacker (CEH), EC-Council, December 2003
- Certified Computer Forensic Technician (CCFT), LC Technology International, November 2002
- INFOSEC Assessment Methodology (NSA IAM), National Security Agency, September 2002
- TruSecure ICSA Certified Security Associate (TICSA), TruSecure, February 2002
- Certified Information Systems Security Professional (CISSP), ISC$^2$, July 2001
- Microsoft Certified Trainer (MCT), Microsoft, November 2000
- Microsoft Certified Systems Engineer (MCSE), Microsoft, December 1999
- Microsoft Certified Professional + Internet (MCP+I), Microsoft, December 1999
- Microsoft Certified Professional (MCP), Microsoft, May 1998
- School Resource Officer, Florida Commission on Criminal Justice Standards and Training, June 1995
- Field Training Officer, Florida Commission on Criminal Justice Standards and Training, October 1993
- Breath Test Operator, Florida Commission on Criminal Justice Standards and Training, August 1993
- Law Enforcement Officer, Florida Commission on Criminal Justice Standards and Training, September 1992
- SCUBA Instructor, NAUI, March 1991
- Qualified in Submarines, Electrician's Mate, US Navy, June 1988

**LICENSES:**

- Florida Private Investigation Agency - Lic. # A1700255, FL Dept. of Ag and Consumer Services, Dec. 15, 2017 to Present
- Michigan Professional Investigator Agency - License # 3701207406, Michigan Dept. of LARA, Dec. 14, 2017 to Present
- Texas Private Investigation Company - License # A06230801, Texas Department of Public Safety, Nov. 28, 2017 to Present
- Texas Private Investigator - License # 40976801, Texas Department of Public Safety, November 17, 2017 to Present
- Florida Private Investigator - License # C 1700485, FL Dept. of Ag and Consumer Services, November 7, 2017 to Present
- California Concealed Firearm License - License # 33257889, Orange County Sheriff, March 1, 2016 to Present
- Florida Concealed Weapon or Firearm License - License # W1355871, State of Florida, May 4, 2013 to Present
- Utah Concealed Firearm Permit - License # C849029, State of Utah, May 1, 2013 to Present
- CA Exposed Firearm Permit - License #FQ346633 CA Bureau of Security and Investigative Services, March 2013 to Present
- CA Security Guard - License # G1812504, CA Bureau of Security and Investigative Services, March 2013 to Present
- California Private Investigator - License # PI28170 CA Bureau of Security and Investigative Services, Jan 2013 to Present
- Georgia Private Detective Instructor - License # CLTR000881, Georgia Secretary of State, September 2008 to Present
- Georgia Private Detective - License # PDE047488, Georgia Secretary of State, August 2006 to Present
- Georgia Private Detective Agency - TRC Company License # PDC002261, GA Secretary of State, August 2006 to Present

**PUBLICATIONS:**

- Technical Editor (Ch 1 & 2) for 2nd Edition of *Mastering Windows Network Forensics and Investigation* for Wiley, July 2011
- Technical Editor for 2nd Edition of *Computer Forensics JumpStart* for Sybex Publishing, April 2011
- Developed Technology Pathway's "Certified ProDiscover Examiner" Training Course and Certification, October 2005
- Co-authored the book, *Computer Forensics JumpStart,* for Sybex Publishing, November 2004
- Developed Exam Questions for Network Security Course for EC Council, April 2004
- Developed Exam Questions for Computer Hacking Forensic Investigator (CHFI) Course for EC Council, April 2004
- Developed "Windows 2003 Server Module" Curriculum for Professional Hacking Course for Intense School, February 2004
- Developed "JumpStart Computer Forensics" (Applied Computer Forensics) Course for TRC / Intense School, July 2003

**LEADERSHIP POSITIONS HELD:**

- Ethical Standards Committee, International Society of Forensic Computer Examiners (ISFCE), July 2011 to Present
- National Leadership Assembly, The American Society of Digital Forensics & eDiscovery (ASDFED), 2011 to 2012
- Digital Evidence Subcommittee Chair, International Association for Identification (IAI), 2009 to 2010
- Vice President, Atlanta Chapter, International Information Systems Forensics Association (IISFA), 2004

**PROFESSIONAL ASSOCIATION MEMBERSHIPS:**

- California Association of Licensed Investigators (CALI), 2013 to 2014
- The American Society of Digital Forensics & eDiscovery (ASDFED), June 2011 to June 2012
- American Society of Crime Laboratory Directors (ASCLD) Delegate Assembly, September 2009 to September 2014
- Association of Certified Fraud Examiners (ACFE), September 2008 to Present
- Georgia Association of Criminal Defense Lawyers (GACDL), 2008 to 2010
- International Association for Identification (IAI), 2008 to 2011
- Georgia Association of Professional Private Investigators (GAPPI), 2006
- International Society of Forensic Computer Examiners (ISFCE), June 2004 to Present
- International Information Systems Security Certification Consortium (ISC)[2] July 2001 to Present

**RECOGNITION:**

- The Dr. Phil Show - Dr. Phil stated, "This guy is the Best of the Best" referring to Neil Broom, December 06, 2017
- Appointed to the Los Angeles Superior Court Panel of Expert Witnesses (Computer Forensics), December 2014
- Certified Computer Examiner (CCE) Excellence Award from the International Society of Forensic Computer Examiners (ISFCE), Fall 2009

**EXPERT WITNESS TESTIMONY, AFFIDAVITS, AND APPOINTMENTS:**

- Imperial County Superior Court, California, Case Number ECU000927 Deborah Marsh, Desiree Hester, Deanna Schow, and Deirdre Hester v. Paul Moreno, Glacier Water, Primo Water Operations, Inc.
  - o   09/14/21 - Trial, Noticed as Expert

- United States District Court, Middle District of Georgia, Albany Division Case No. 1:17-CV-00220 Mark D Weissman, et al. v. Michael Cheokas
  - o   07/07/21 - Hearing Testimony

- Los Angeles County Superior Court, California, Case Number BA479807 State of California v. Harold Smith
  - o   04/01/21 - Appointed Expert Witness for Defendant (Computer and Cell Phone Forensics)

- Los Angeles County Superior Court, California, Case Number BA494259 State of California v. Deandre Stone
  - o   04/01/21 - Appointed Expert Witness for Defendant (Computer and Cell Phone Forensics)

- San Bernardino County Superior Court, Joshua Tree Branch, California, Case Number FAMMS200001 In Re Marriage of: Petitioner David Dixon and Respondent Jacklyn Dixon
  - o   05/20/21 - Noticed for Hearing Testimony - Petitioner Stipulated to Report in Court
  - o   03/13/21 - Investigative Report for Respondent

- Los Angeles County Superior Court, California, Case Number NA105737 State of California v. Patrick German
  - o   05/07/21 - Appointed Computer / Cell Phone Expert for Defendant (2nd Order)
  - o   02/19/21 - Appointed Computer / Cell Phone Expert for Defendant

- Orange County Superior Court, California, Case Number 30-2019-01091016-CU-BC-CJC Fine Consulting Services, Inc., a Nevada Corporation v. Manley's Boiler LLC, a California Limited Liability Company; Vallatus Midco LLC, a Delaware Limited Liability Company; Brian Alvarez
  - o   02/18/21 - Expert Declaration

- Los Angeles County Superior Court, California, Case Number YJ40620 State of California v. Jaime Rincon
  - o   02/22/21 - Expert Declaration
  - o   02/17/21 - Expert Hearing Testimony
  - o   02/17/21 - Prepared Expert Report (Photographic EXIF Metadata, Evidence Preservation)
  - o   02/16/21 - Appointed Expert Witness for Defendant

- Los Angeles County Superior Court, California, Case Number BA489332 State of California v. Dewone Bell
  - o   02/10/21 - Appointed Computer Forensics Expert for Defendant

- Contra Costa County Superior Court, California, Case Number MSC18-01894 Fresh Source Produce, LLC v. Shawn Dagen
  - o   02/09/21 - Expert Declaration

- Los Angeles County Superior Court, California, Case Number NA113750 State of California v. Robert Nunez
  - o   01/19/21 - Appointed Computer Forensics Expert for Defendant

- Sixth Judicial Circuit, Pasco County, Florida, Civil Division, Case No. 18-CA-004086 Donna Rodriguez, et al v. Jeffery Kane Harvey, et al
  - o   01/11/21 - Expert Hearing Testimony (Cell Phone Forensics and Call Detail Records Analysis)
  - o   12/17/20 - Expert Deposition Testimony (Cell Phone Forensics and Call Detail Records Analysis)

- Los Angeles County Superior Court, California, Criminal Number VA142857 State of California v. Ramon Ramirez
  - o   03/02/21 - Appointed Expert Witness for Defendant (2nd Order)
  - o   12/09/20 - Appointed IT Expert for Defendant (Cell Phone and Cloud Analysis)

- Montana Ninth Judicial District Court, Glacier County, Cause No. DC-19-53 State of Montana v. Anthony Ray Heaton
  - o   12/07/20 - Trial, Noticed as Expert

- Alameda County Superior Court, California, Case No. RG19014788 James Williams v. Simpson Strong-Tie Company, Inc.
  - o   02/16/21 - Expert Trial Testimony
  - o   01/18/21 - Expert Deposition Testimony
  - o   10/27/20 - Prepared Expert Report (Photographic EXIF Metadata)

- United States District Court, Northern District of California, Case No. 3:19-CV-02988 Clarence Williams v. United Airlines, Inc.
  - o 07/03/20 - Prepared Expert Report (Cell Phone Forensics)

- San Bernardino Superior Court, California, Case No. CIVDS1902640 Marissa Freeman v. Board of Trustees of the California State University and Angel Castro
  - o 09/14/20 - Trial, Noticed as Expert
  - o 04/01/20 - Deposition, Noticed as Expert

- Los Angeles County Superior Court, California, Case Number 9LB02340 State of California v. Kammerson Mianoacunia
  - o 02/20/20 - Appointed Expert for Defendant

- Los Angeles County Superior Court, California, Case No. KA121101 State of California v. Christopher Ashley Wheetley
  - o 01/30/20 - Appointed Computer Forensics Expert for District Attorney of Los Angeles County (Mobile Device)

- Los Angeles County Superior Court, California, Case Number PA091223 State of California v. Salvador Sanchez
  - o 11/27/19 - Appointed Computer Forensics Expert for Defendant

- United States District Court, Central District of Illinois, Rock Island Division, Case No. 4:19-CV-4178 Deere & Company v. Seth Crawford and Adrian Crawford
  - o 05/13/20 - Prepared 2nd Expert Declaration
  - o 10/08/19 - Prepared Expert Declaration

- County of Santa Fe, New Mexico, 1st Judicial District Court, Case No. D-101-CV-2018-00840 Jennifer Caudillo, et al v. Dalton Yarbrough, et al.
  - o 09/18/19 - Expert Deposition Testimony.  Commercial Vehicle / Cell Phone

- United States District Court, Southern District of California, Case No. 3:18-CV-02028 John Stone v. AT&T Services, Inc., Vehicle Agency, LLC
  - o 02/27/20 - Expert Deposition Testimony
  - o 09/09/19 - Prepared Expert Report on Cell Phone Forensics

- Los Angeles County Superior Court, California, Criminal Number BA478279 State of California v. Angel Martinez Lara
  - o 06/25/20 - Prepared Expert Report
  - o 05/28/20 - Appointed Computer Forensics Expert for Defendant (2nd Order)
  - o 09/06/19 - Appointed Computer Forensics Expert for Defendant (Computer and Cell Phone Analysis)

- San Diego County Superior Court, North County Division, California, Case No. DN180302 Charles Meredith v. Sherry Meredith
  - o 01/22/21 - Expert Trial Testimony
  - o 03/10/20 - Expert Deposition Testimony
  - o 03/03/20 - Prepared 2nd Expert Report
  - o 08/20/19 - Prepared Expert Report

- Orange County Superior Court, California, Criminal Number 13WF3156 State of California v. Francisco Dominguez
  - o 06/17/20 - Appointed Defense Expert (2nd Order)
  - o 10/12/19 - Prepared Expert Report
  - o 08/15/19 - Appointed Cellular Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number NA111040 State of California v. Matthew Jones/Sandoval
  - o 03/29/21 - DA dismissed charges based on Expert Report of Google Geolocation Analysis
  - o 03/15/21 - Expert Testimony at Hearing, Noticed.  Client won motion for NEW TRIAL based on Forensics Report.
  - o 01/15/21 - Appointed Forensics Expert (4th Order) (Call Detail Records and Google Geolocation Analysis)
  - o 12/04/20 - Prepared Expert Report
  - o 10/22/20 - Appointed Forensics Expert (3rd Order) (Call Detail Records and Google Geolocation Analysis)
  - o 09/10/20 - Appeared via Telephone at Hearing for Defendant
  - o 08/31/20 - Appeared at Hearing for Defendant
  - o 08/21/20 - Appointed Forensics Expert for Defendant (2nd Order) (Google Geolocation Analysis)
  - o 08/09/20 - Prepared Expert Declaration
  - o 07/15/19 - Appointed Forensics Expert for Defendant (Cell Phone, Call Detail Records, and Geolocation Analysis)

- Financial Industry Regulatory Authority (FINRA), Disciplinary Proceeding No. 2016050957901 Department of Enforcement v. Innovation Partners LLC, Patrick Emanuel Sutherland, and Yanique Lawrence
  - o  7/20/19 - Prepared Expert Report
  - o  6/19/19 - Accepted as Computer Forensics Expert Witness

- Orange County Superior Court, California, Case No. 30-2017-00963308 Thomas Gallaway Corporation, dba Technologent v. Teresa Annibale, Jonathan Grimm, Geoffrey Wright, Mary Gore
  - o  06/18/19 - Appointed Neutral Computer Forensics Expert

- United States District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2:15-CV-01470 CEATS, Inc. v. TicketNetwork, Inc., Ticket Software, LLC
  - o  01/22/21 - Expert Testimony at Hearing
  - o  02/10/20 - Prepared Neutral Expert Report
  - o  05/31/19 - Appointed Neutral Computer Forensics Expert

- United States District Court, District of Hawaii, Case No. 17CR0582 United States v. Derek Wayne Hahn
  - o  6/19/19 - Testified as Photograph EXIF (Metadata) Expert Witness for Defense
  - o  5/07/19 - Prepared Expert Report

- Superior Court of Gwinnett County, Georgia, Civil Action Number 17-A-03712-6 Bowen, et al. v. Century Communities of Georgia, LLC, Ted Turner, et al.
  - o  03/28/19 - Appointed Neutral Computer Forensics Expert

- San Diego County Superior Court, California, Criminal Number CE377856 State of California v. Sean Vandenhul
  - o  03/25/19 - Expert Witness for Defendant

- United States District Court, Northern District of California, Case No. 3:18-CV-00009-EMC John Finkelstein v. San Mateo County District Attorney's Office
  - o  01/15/19 - Prepared Expert Report on Skype Account Creation / Quashed Search Warrant

- United States District Court, Central District of California, Case No. 2:15-CR-00407 United States vs. Leprinceton Burks
  - o  01/10/19 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number 8DN01586 State of California v. Idalia Gonzalez
  - o  01/03/19 - Appointed Cell Tower Expert for Defendant (Call Detail Records and Geolocation Analysis)

- Humboldt County Superior Court, California, Case Number CR1804051 State of California v. Ulisses Rodriguez
  - o  01/03/19 - Appointed Expert for Defendant (Cell Tower Call Detail Records and Geolocation Analysis)

- Los Angeles County Superior Court, California, Criminal Number BA471170 State of California v. Landon Nicholes
  - o  12/20/18 - Appointed Computer Forensics Expert for Defendant (iPhone and Call Detail Records and Geolocation Analysis)

- United States District Court, Central District of California, Case No. 2:09-CR-00640 United States vs. Vahe Sarkiss
  - o  11/17/18 - Appointed Computer Forensics Expert for Defendant

- Utah State Court, 4th Judicial District, Utah County, Spanish Fork District Court, Civil No. 170300192 Yvonne Tavares v. Halverson Mechanical, Inc. and Jayson Pedersen
  - o  11/02/18 - Prepared Expert Declaration - "Spoliation of Evidence, Cell Phone Destruction"

- Los Angeles County Superior Court, California, Case No. BC626346 Maria Rodriguez Correa v. Raphael Castanedez, Danny Letner, Inc., Letner Roofing Company, Inc. Diana Salinas, Jose Salinas, Beronica Chan, Jose Guadalupe Chantec
  - o  12/03/18 - Expert Deposition
  - o  10/02/18 - Prepared Declaration in Support of Defendant's Motion for Summary Judgement - Call Detail Records and Geolocation Analysis

- United States Bankruptcy Court, Central District of California - Los Angeles Division, Bk. Case No.: 2:15-bk-20351–BB (Ch. 7) In re Clark Baker, Debtor and Adv. Case No.: 2:15-ap-01535-BB James Murtagh, M.D. vs. Clark Baker
  - 01/07/19 - Neutral Expert Progress Report #2 to Court
  - 11/30/18 - Neutral Expert Progress Report #1 to Court
  - 08/16/18 - Appointed Neutral Expert (Digital Evidence Collection and Processing)

- District Court of Midland County Texas, 142nd Judicial District, Cause No. CV53029 Cristina A. Brown, Steven S. Lacy, Jr., and Saul Contreras as Next Friend of Josiah Contreras and Alyssa Contreras, Minors v. Adalberto M. Almanza and A&G Investments, LLC DBA Special Logistics Dallas and/or DBA Special Distribution Services DFW
  - 06/18/18 - Appointed Neutral Third-Party to examine Cell Phone, Call Detail Records and Geolocation Analysis, Forensics Preservation of Server / Multiple PCs, Forensics Processing of Evidence, Production of Responsive Data

- Los Angeles County Superior Court, California, Criminal Number BA457175 State of California v. Hector Benitez
  - 06/25/18 - Order to Examine Cell Phone Evidence (iPhone and LG phone)
  - 06/01/18 - Appointed Expert Witness for Defendant

- United States District Court, Central District of California, Western Division, Case No. 2:18-cv-03041 Nationstar Mortgage LLC v. Patrick Joseph Soria, West H&A, LLC, Warranted Effectuation of Substitute Transferee Inc, AKA W.E.S.T. Inc, Westwood Legal, Westward Legal, Brighton Legal Group, PC, BLG PC National By Brighton Legal Group Inc, Deutsche Mellon National Asset, LLC, Christiana Wilmington Global Asset Corp, HBSC US its Capacity as Legal Title Holder Incorporated, Camden Legal Group, PC
  - 09/04/18 - Forensics Processing of 2nd iPhone
  - 06/05/18 - Prepared Expert Declaration of iPhone Examination
  - 05/31/18 - Forensics Processing of an iPhone

- Nevada County Superior Court, California, Case No. TF17-000448 State of California v. Manowar Hossain Kahn
  - 05/25/18 - Appointed Expert Witness for Defendant, Cell Phone Analysis of Samsung Galaxy S5 Video Evidence

- Los Angeles County Superior Court, California, Criminal Number BA465673 State of California v. Ray Wu
  - 05/23/18 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA457736 State of California v. Wadrick Bouligny
  - 05/17/18 - Appointed Computer Forensics, Cell Phone Forensics, and Cell Tower Records Expert for Defendant, Conducted Call Detail Records and Geolocation Analysis

- Los Angeles County Superior Court, California, Criminal Number BA462476 State of California v. Devon McKinley
  - 05/14/18 - Appointed Computer Forensics Expert to Examine Call Detail Records (CDRs) and a Cell Phone for Defendant, Conducted Call Detail Records and Geolocation Analysis

- United States District Court, Northern District of Georgia, Atlanta Division, Civil Action Number 1:17-CV-01965 Calvin Gibson v. Wash Box, LLC dba Eco Express Wash and Cecil R. Francis
  - 04/13/18 - Prepared Expert Report on Photographic EXIF Data (Metadata) Manipulation

- Fulton County Superior Court, Georgia, Civil Action Number 2017-CV-290963 Lucy Jackson Bell, as Temporary Administrator of Frederick Mitchell Bell, Jr., Deceased vs. Lloyd Noland Bell, Individually and D/B/A Bell Law Firm, and SunTrust Bank, NA
  - 03/22/18 - Appointed Forensic Neutral for Electronic Evidence Collection (Computers, Cell Phones, Online Emails)

- Riverside County Superior Court, California, Case Number RIF1701507 State of California v. Denzel Cooley
  - 03/02/18 - Order for Neil Broom to Examine Digital Evidence

- State of Michigan in the Circuit Court for the County of Lapeer, Case No. 17-013022-FH State of Michigan v. Todd Courser
  - 03/01/18 - Computer Forensics Expert Witness Courtroom Testimony as Defense Witness
  - 02/26/18 - Prepared 2nd Expert Report showing Evidence Alteration while in Police Custody
  - 02/26/18 - Prepared Expert Report showing Evidence Alteration while in Police Custody

- United States District Court, Western District of Michigan, Southern Division, Case No. 1:16-cv-1094 Cindy Gamrat v. Keith Allard, Benjamin Graham, Joshua Cline, Joseph Gamrat, Michigan House of Representatives, Kevin G. Cotter, Tim L Bowlin, Brock Swartzle, Norm Saari, Edward McBroom, Hassan Beydoun, David Horr, and Vincent Krell
  - 02/22/18 - Prepared Expert Report confirming BitLocker Encryption of Evidence Hard Drives
  - 02/20/18 - Prepared Expert Report showing Evidence Alteration while in Police Custody

- Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2015-030283-CA Natalie Saunders-Pinnock v. John Doe, Colonial Freight Systems, Inc. and Progressive Select Insurance Company
  - o 05/03/19 - Expert Deposition, Commercial Vehicle / Photo Exif Data
  - o 02/15/18 - Prepared Expert Report on Photographic EXIF Data (Metadata) Manipulation

- Orange County Superior Court, California, Criminal Number 12HF0391 State of California v. Shaw Warrington
  - o 01/30/18 - Order for Neil Broom to Process iPhone Evidence at OCRCFL
  - o 01/26/18 - Order for Neil Broom to take Possession of Case Evidence

- Los Angeles County Superior Court, California, Criminal Number BA463057 State of California v. Joseph Hobbs
  - o 01/25/18 - Appointed Computer Forensics Expert for Defendant (iPhone and Online Email Examination)

- United States District Court, Central District of California, Case No. 5:16-CR-00148 United States vs. Adam M. Griffith
  - o 11/20/17 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA461101 State of California v. Jorge Luis Cabral
  - o 04/27/18 - Hearing to Quash Search Warrant - Expert Report presented to DA resulted in CHARGES DISMISSED.
  - o 04/26/18 - Appointed Computer Forensics Expert for Defendant (4th Order)
  - o 04/12/18 - Prepared Expert Report
  - o 03/08/18 - Appointed Computer Forensics Expert for Defendant (3rd Order)
  - o 01/04/18 - Prepared Expert Report
  - o 12/07/17 - Appointed Computer Forensics Expert for Defendant (2nd Order)
  - o 11/02/17 - Appointed Computer Forensics Expert for Defendant - Cell Phone Forensics and Dropbox evidence

- Financial Industry Regulatory Authority (FINRA), Disciplinary Proceeding No. 2014041432401 Department of Enforcement v. Joseph C. Farah
  - o 10/27/17 - Prepared Expert Report - Defendant Plead Guilty

- Kern County Superior Court, California, Criminal Number MF012495A State of California v. Taron Mitchell
  - o 10/23/17 - Appointed Technical Expert for Defendant (2nd Order)
  - o 10/23/17 - Court Testimony
  - o 10/13/17 - Appointed Technical Expert for Defendant - Cell Phone Forensics and Facebook

- Los Angeles County Superior Court, California, Criminal Number LA086678 State of California v. Ryan Patrick Brennan
  - o 10/11/17 - Appointed Expert Witness for Defendant - Computer and Cell Phone Forensics

- Los Angeles County Superior Court, California, Criminal Number MJ24000 State of California v. Alannah Ussery
  - o 10/06/17 - Appointed Expert for Defendant - Computer Forensics Examination

- Los Angeles County Superior Court, California, Criminal Number 6CJ03685 State of California v. Kelley Ann Lynch
  - o 11/06/17 - Prepared Expert Report
  - o 09/27/17 - Appointed Expert Witness for Defendant - Computer Forensics and Email Investigations

- Los Angeles County Superior Court, California, Criminal Number NA104396 State of California v. Robert Martinez
  - o 09/18/17 - Appointed Computer Forensics Expert for Defendant - Cell Phone Examination

- Los Angeles County Superior Court, California, Criminal Number BA459733 State of California v. Bryan Marroquin
  - o 08/25/17 - On-scene collection of Digital Surveillance System video files
  - o 08/18/17 - Appointed Computer Forensics Expert for Defendant

- Superior Court of Gwinnett County, Georgia, Criminal Action Number 17-B-1402-2 State of Georgia vs. Ryan Sosebee
  - o 08/01/17 - Employed as Computer Forensics Expert by Court for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA457832 State of California v. Jimmy Chan
  - o 07/21/17 - Appointed Expert Witness for Defendant

- United States District Court, Northern District of Georgia, Civil Action Number 1:16-CV-4396 Mobilitie Management, LLC v. Dan Harkness
  - o 06/29/17 - Deposition Testimony

- Los Angeles County Superior Court, California, Criminal Number BA457034 State of California v. Soo Young Lee
  - o 06/13/17 - Appointed Computer Forensics Expert for Defendant

- State Court of Chatham County, Georgia, Civil Action Number STCV1501478-SA Jacquelin Crocker v. Spanky's, Inc. - Southside
  - o 06/15/17 - Prepared Affidavit

- United States District Court, Central District of California, Western Division Case Number 2:16-cv-05946 John Doe et al v County of Los Angeles et al
  - o 06/07/17 - Prepared Expert Declaration

- Los Angeles County Superior Court, California, Criminal Number BA455204 State of California v. Jazzmin Monique Cage
  - o 05/30/17 - Appointed Computer Forensics Expert for Defendant to examine Cell Phones and Call Detail Records

- State Court of Gwinnett County, Georgia, Civil Action Number 16-C-02655-S4 Uzoma Ogene aka Bisi Ogene vs. Okechukwu Okonkwo aka Okey Okonkwo
  - o 05/16/17 - Prepared Affidavit concerning Web-Based Email Services

- Los Angeles County Superior Court, California, Criminal Number YA093407 State of California v. Carlos Ramos
  - o 05/03/17 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA436473 State of California v. Josean M. Posey, Sr.
  - o 04/11/17 - Appointed Computer Forensics Expert for Defendant

- United States District Court, Middle District of Georgia, Civil Action Number 1:16-CV-16 Sandra Ann Lawson, et al. v. Atlas Van Lines, Inc., et al.
  - o 03/09/17 - Telephone Deposition Testimony
  - o 03/08/17 - Prepared Expert Declaration

- Los Angeles County Superior Court, California, Criminal Number SA092820 State of California v. Luis Manuel Guzman
  - o 11/10/16 - Appointed Expert for Defendant - ID Theft & Forgery Charges - Credit Card Skimmer/Encoder Case

- Kern County Superior Court, California, Criminal Number BF162767A State of California v. Joseph Matthew Barton-Mete
  - o 10/07/16 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Civil Number 16WSC01743 Emergency Services Restoration, Inc. v. Gary N. Nilsson,
  - o 09/15/16 - Prepared Affidavit

- Superior Court of Muscogee County, Georgia, Civil Action Number SU-2013-CV-3001 Magnolia Northlake, LLC, et al. v. Tri-City Hospitality, Inc., et al
  - o 09/09/16 - Costa Mesa, CA - Deposition - Provided Expert Testimony

- Los Angeles County Superior Court, California, Criminal Number BA438314 State of California v. Elias Rojas-Diaz
  - o 04/03/17 - Appointed Computer Forensics Expert for Defendant (4th Order)
  - o 03/21/17 - Appointed Computer Forensics Expert for Defendant (3rd Order)
  - o 01/18/17 - Appointed Computer Forensics Expert for Defendant (2nd Order)
  - o 07/21/16 - Appointed Expert for Defendant

- Orange County Superior Court, California, Criminal Number 14WF2967 State of California v. Gary L. Beavers
  - o 07/08/16 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA443216 State of California v. Christine Wycoff
  - o 07/12/17 - Appointed Computer Forensics Expert for Defendant (4th Order)
  - o 06/12/17 - Appointed Computer Forensics Expert for Defendant (3rd Order)
  - o 06/05/17 - Los Angeles, CA - Trial - Provided Expert Witness Testimony
  - o 04/18/17 - Appointed Computer Forensics Expert for Defendant (2nd Order)
  - o 04/06/16 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number SA091280 State of California v. Dajon Blackman
  - 12/19/16 - Prepared Affidavit
  - 03/31/16 - Appointed Computer Forensics Expert for Defendant

- San Bernardino Superior Court, California, Civil Number CIVDS1517958 Alessandro Camara v. C.G. Motor Sports, Inc.
  - 03/14/16 - Prepared Affidavit

- San Mateo County Superior Court, California, SB SW No. 9654 In the Matter of Search Warrant for: John Robert Finkelstein
  - 01/12/17 - Redwood City, CA - Hearing - Provided Expert Witness Testimony
  - 03/09/16 - Prepared Affidavit

- Los Angeles County Superior Court, California, Criminal Number 5PY05125 State of California v. Lance Lamar Whitaker
  - 02/23/16 - Provided Computer Forensics Expert Witness Trial Testimony - Client found Not Guilty
  - 02/18/16 - Prepared Affidavit - Showed Photographic Evidence had Photoshop Alterations in Metadata

- Los Angeles County Superior Court, California, Criminal Number LA080379-01 State of California v. Edmond Tatevosyan
  - 12/09/15 - Appointed Computer Forensics Expert for Defendant

- State Court of Cobb County, Georgia, Civil Action Number 15-A-224-5 Lisa Underwood v. Kenneth Lee Chitwood, Unnuovo Inizio, LLC, d/b/a "Sidelines Grille," Sidelines Grille, L.P., and William T. McCoy
  - 10/05/15 - Prepared Affidavit

- Los Angeles County Superior Court, California, Special Master Search Warrant Number 65446
  - 11/03/15 - Appointed Computer Forensics Expert for Law Offices of Guro Hagopian
  - 09/10/15 - Appointed Computer Forensics Expert for Law Offices of Armen Artinyan

- Los Angeles County Superior Court, California, Criminal Number LA081051 State of California v. Pierre Bate
  - 09/03/15 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number VA123707 State of California v. Elsi Mendez
  - 12/02/15 - Appointed Expert Witness for Defendant (2nd Order)
  - 08/11/15 - Appointed Expert Witness for Defendant

- Circuit Court of Shelby County, Alabama, Civil Action Number DR 2012-900678 Anne Stanton v. Mickey Joe Hardy Jr.
  - 07/16/15 - Prepared Affidavit

- Superior Court of Gwinnett County, Georgia, Criminal Action Number 15-B-00241-7 State of Georgia vs. Heather Dalton
  - 02/18/15 - Employed as Computer Forensics Expert by Court for Defendant

- Fulton County Superior Court, Georgia, Civil Action Number 2013-CV-236196 ML Mangrum, Inc. vs. Brad Arberg, Beth Kinney, and Laser Logic, LLC
  - 01/31/15 - Prepared Affidavit

- Los Angeles County Superior Court, California, Criminal Number PJ50888 State of California v. Bismarck Olivas
  - 12/30/14 - Appointed an Expert for Defendant

- Putnam County Superior Court, Georgia, Civil Action Number 2012CV298 John Q. Clary and Cathy L. Clary v. Allstate Fire and Casualty Insurance Company, et al
  - 10/10/14 - Appointed Computer Forensics Expert for the Court

- Fulton County Superior Court, Georgia, Civil Action Number 2014CV251203 Breckenridge IS, Inc v. Thaddeus Crane
  - 09/23/14 - Prepared Affidavit
  - 09/11/14 - Prepared Affidavit

- Effingham County Superior Court, Georgia, Criminal Number SU13CR-256-W State of Georgia vs. Edward William Holmes
  - 06/18/14 - Expert review of case evidence, findings resulted in dismissal of case.

- Travis County District Court, Texas, Cause Number D-1-GN-12-001952 Garrett Draper, Grant Draper, and Antonio C. Garcia III v. Campus Crest Communities, et al.
  - 06/05/14 - Appointed Neutral Expert by Court

- United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, Case Number 09-79466-CRM, 12-77850-CRM In RE: Mark Eugene Anderson and Melanie McKemie Anderson
  - o  03/10/14 - Employed as Computer Forensics Expert by Court

- Mississippi Southern Districts Court, Case Number 1:13-cr-00092 USA v. Maria Lamas,
  - o  01/24/14 - Federal Public Defender, Forensics evaluation of cell phone

- United States District Court, District of Maryland, Civil Case Number DKC 11-0945 Maxtena, Inc. v. Jeremy Marks
  - o  10/31/13 - Appointed Neutral Examiner by Court

- United States District Court, Northern District of Georgia, Atlanta Division, Civil Action Number 1:13-CV-02840-TWT Atlanta Cable Sales, Inc. v. John Keith Hyde.
  - o  08/21/13 - Prepared Affidavit

- DeKalb County Superior Court, Georgia, Criminal Action Number 13-CR-2413 The State vs. Andrea Sneiderman.
  - o  08/15/13 - Accepted as Expert Witness by the Court and provided trial testimony.  Trial broadcast on Court TV.
  - o  07/26/13 - Prosecutor dropped Malice Murder, Felony Murder, and Aggravated Assault charges Friday before jury selection, "Based on new information provided by the Defense."
  - o  07/01/13 - Performed computer forensic services at the direction of defense counsel

- Superior Court of Gilmer County, Georgia Civil Action Number 2012CV-256 Coosawattee River Resort Association, Inc. v. Agio Corp, Bristol Investment Group, LLC, Corp 65, LLC, David Deloach, et al.
  - o  02/07/13 - Prepared Affidavit

- United States District Court, Western District of New York, Civil Action Number 1:10-CV-00569-RJA Paul D. Ceglia v. Mark Elliot Zuckerberg and Facebook, Inc.
  - o  06/28/12 - New York, NY - Deposition - Provided Expert Testimony
  - o  06/06/12 - Prepared Supplemental Declaration
  - o  06/04/12 - Prepared Declaration

- Superior Court of Fulton County, Georgia, Civil Action Number 2012 CV 210300 Jeremy New, Daniel Margrave, Billy Presley, Susan McDowell, Tanya Underwood, Benjamin Underwood, Michael Lucas, Mellissa Harrison, and Petz Enterprises, Inc., Plaintiffs v. Universal Tax Systems, Inc., Defendant and Counterclaim Plaintiff, v. Tanya Underwood, Benjamin Underwood, Michael Lucas, Melissa Harrison, and Petz Enterprises, Inc., Counterclaim Defendants
  - o  08/10/12 - Prepared Affidavit
  - o  03/23/12 - Prepared Affidavit

- Superior Court of Gwinnett County, Georgia, Criminal Action Number 08-B-0551307 State of Georgia vs. Kevin S. Morris.
  - o  03/15/17 - Judge Conner signed "nolle prosequi" order after original hard drive was destroyed while in evidence.
  - o  02/14/12 - Hearing - Accepted as Expert Witness by the Court and provided testimony.  Based on testimony, Judge Conner ruled that O.C.G.A. Section 17-16-4(a)(3)(B) is unconstitutional and deprives the Defendant of his due process rights to have an expert examine the State's evidence.

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:10-CV-00088-WSD JCDE Air, Inc. v. Flightworks, Inc.
  - o  10/07/11 - Accepted as Expert Witness by the Federal Court and provided testimony in that capacity

- Superior Court of Chatham County, Georgia, Civil Action Number CV 11-0145-AB Vincent Loxton, etc. v. Bernie's Too, Inc.
  - o  08/04/11 - Performed computer forensic services at the direction of defense counsel

- JAMS Arbitration, Seattle Office, Number 1160018309 Bahig "Bob" Moses v. Nat Seattle Inc.
  - o  06/27/11 - Prepared Declaration to the Arbitrator at the direction of the plaintiff

- Superior Court of Putnam County, Georgia, Civil Action Number 2011-SUCV-217-05 Peoples Bankshares, Inc. v. Silva Financial Group, LLC, Mark Silva and Donna Silva
  - o  05/26/11 - Performed computer forensic services at the direction of plaintiff's counsel

- Superior Court of Fulton County, Georgia, Civil Action Number 2010 CV187557 Tribeca Homes, LLC v. Marathon Investment Corp. et al
  - o  10/11/11 - Prepared Affidavit
  - o  07/15/11 - Prepared Affidavit
  - o  05/23/11 - Performed computer forensic services at the direction of defense counsel.

- United States District Court, North Georgia, Atlanta Division Criminal Action Number 1:11-CR-028-TWTT United States v. Maughon, et. al.
  - o  05/18/11 - Performed computer forensic services at the direction of defense counsel

- United States District Court, Central District of California, Western Division, Case Number CV10-6835 RGK (JCGx), Securities and Exchange Commission v. LADP Acquisition, Inc. et al
  - o  04/27/11 - Performed computer forensic services at the direction of plaintiff's counsel

- United States District Court, Southern Georgia, Augusta Division Criminal Action Number CR 110-031 United States of America v. Tristan Williams
  - o  11/16/10 - Prepared Affidavit
- Superior Court of Cobb County, Georgia, Civil Action Number 10-1-4125 Flightworks, Inc. v. Flightworks Holdings, LLC, Konsortium Capital Partners, LLC, and Scott A. Beale
  - o  06/06/11 - Prepared Affidavit
  - o  05/27/11 - Prepared Affidavit
  - o  04/15/11 - Prepared Affidavit
  - o  12/23/10 - Prepared Affidavit
  - o  11/22/10 - Prepared Affidavit
  - o  10/21/10 - Performed computer forensic services at the direction of plaintiff's counsel

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:10-cv-0743 Anthony Wright v. The Ayco Company, L.P.
  - o  05/05/10 - Performed computer forensic services at the direction of plaintiff's counsel

- Circuit Court of Sevier County, Tennessee, Criminal Action Number 13258-II State of Tennessee v. Richard Mongold
  - o  04/15/10 - Performed computer forensic services at the direction of defense counsel.

- Superior Court of Forsyth County, Georgia, Civil Action Number 09-CV-0089 Adele Simerly and Tim Simerly, Jointly, and Severally, Richard Trent and Susan Trent v. Pulte Home Corporation
  - o  08/26/11 - Accepted as Expert Witness by the Court and provided trial testimony.  Judgment against Defendant Pulte for $2.5 Million.
  - o  02/28/11 - $406,000 awarded for spoliation sanctions against Def. Pulte, based on evidence discovered by TRC.
  - o  03/15/11 - Prepared Affidavit
  - o  10/27/10 - Cumming, GA - Hearing Before Special Master Kevin Tallant - Testifying Expert
  - o  10/25/10 - Prepared Affidavit
  - o  10/06/10 - Atlanta, GA - Deposition - Provided Expert Testimony
  - o  08/17/10 - Prepared Affidavit
  - o  06/22/10 - Prepared Affidavit
  - o  12/30/09 - Prepared Affidavit

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:09-CV-186-WSD; Kudzu Import & Design, Inc. d/b/a Atrium Foliage v. Robert Half International.
  - o  12/23/09 - Performed computer forensic services at the direction of defense counsel

- State Court of Hall County, Georgia - Civil Action Number 2004-SV-1137-D Vickie Stewart v. Haywood Smith et al
  - o  11/10/09 - Gainesville, GA - Hearing Before Judge Charles S. Wynne - Neutral Expert for the Court provided testimony via telephone
  - o  10/27/09 - Performed computer forensic services at the direction of the court

- Superior Court of Fulton County Georgia, Civil Action Number 04-CV-93933; Terrance W. Meder v. ULQ, LLC.
  - o  05/18/09 - Prepared an Affidavit at the direction of the court

- United States District Court, North Georgia, Atlanta Division, Civil Action Number 1-08CV3442WSD Vurv Technology LLC v. Kenexa Corporation, Kenexa Technology, Inc., Dawn Clements, and Michelle Swearingen.
  - o  02/15/09 - Performed computer forensic services at the direction of plaintiff's counsel

- Circuit Court of Cook County Illinois, County Department, Law Division Case Number 06-L 0077137; Fran Trojan v. United States Cellular Corporation.
  - o 09/26/08 - Prepared Affidavit at the direction of defense counsel

- Superior Court Fulton County, GA - Case No. 2007CV141944; Trena Barker v. Rolf Barker
  - o 05/28/08 - Atlanta, GA - Trial Before Judge Bensonetta Tipton-Lane - Testifying Expert for the plaintiff in a civil (divorce) proceeding

- Circuit Court of Dupage County, Illinois, Civil Action Number 2007 MR 000421, USA Baby, Inc., Midwest Baby Group, LLC, Ronald Eriksen, Jr., Scott Wallis and Ken Russell v. Chris White, Steve Craddock, Jalikan, Inc., Madison Baby, Inc.; N-One, LLC, SJL Enterprises, Inc., Richard Cohen, Timothy Voehl, USA Enterprises, Inc., Winc Baby, Inc., Robert Paffenroth, and Wisconsin Baby, Inc.
  - o 05/13/08 - Prepared affidavit in support of plaintiff

- Superior Court of Fulton County Georgia, Civil Action Number 2007CV135940; OnBrand Media, Inc. and Lisa Jones v. Codex Consulting, Inc. and Open Systems, Inc.
  - o 09/22/08 - Prepared affidavit and conducted forensic investigation at direction of defense counsel
  - o 05/02/08 - Prepared affidavit and conducted forensic investigation at direction of defense counsel

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:08-CV-1248; Erbe USA, Inc. v. Bovie Medical Corporation and James Muehleisen.
  - o 12/05/08 - Prepared affidavit in support of plaintiff
  - o 02/25/08 - Prepared affidavit in support of plaintiff

- Superior Court of Gwinnett County Georgia, Civil Action Number 08-A-01243-10; The Coren Corporation v. G. Michael Francis, Farnsworth Logistics, Inc., Francis and Francis Investment Group, LLC.
  - o 12/18/08 - Prepared affidavit at the direction of plaintiff's counsel
  - o 02/25/08 - Prepared affidavit at the direction of plaintiff's counsel

- United States District Court, Southern Georgia, Augusta Division Civil Case Number CV-106-177; Celtic Maintenance Services, Inc. v. Garrett Aviation Services, L.L.C. d/b/a Landmark Aviation and Greenwood, Inc.
  - o 01/10/08 - Performed forensic services at the direction of the special master

- Superior Court Fulton County, GA - Civil Action File No. 2006CV114832; Westminster Ceramics, LLC. v. Eric H. Hunger, Tomas E. Mason, Terra Opus, LLC and Miles of Tiles, LLC
  - o 05/31/07 - Atlanta, GA - Deposition - Provided Expert Testimony for plaintiff

- Superior Court Gwinnett County, GA - Civil Action File No. 05-A-03483-6; EA International, LTD v Archer Global Company, LLC
  - o 03/02/07 - Lawrenceville, GA - Deposition - Provided Expert Testimony for plaintiff

- United States District Court, Southern Georgia, Augusta Division Civil Action No. MC 106-008 (Original Action - United States District Court, Eastern District of Missouri Civil Action No.4:04CV01359); EEOC v. Allstate Insurance Company
  - o 10/09/08 - Performed computer forensic services at the direction of Special Master
  - o 01/30/07 - Performed computer forensic services at the direction of Special Master

- Rockdale County, GA - State of GA v Jason David Hill
  - o June 2006 - Criminal Defense Computer Forensics Investigation resulted in charges against client being dropped

**TRAINING COMPLETED:**

- CellHawk Basic Training (1 hour), CellHawk Analytics, February 2, 2021
- Cellebrite Pathfinder Analytics Single User CPAS (7 hours), Cellebrite, January 20, 2021.
- Decoding Spoofing Apps, Analysis and Validation of shared iOS notes, and Location Carving from Mobile Devices using Physical Analyzer (.5 hours), Cellebrite, January 16, 2021.
- Cellebrite Cloud Extraction and Reporting CLEAR (7 hours), Cellebrite, January 16, 2021.
- Public Relations and Advanced Arrest, Search & Seizure (8 hours), Security Training Center, January 11, 2021
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, January 11, 2021
- AccessData Certified Examiner (ACE) Computer Software & Applications, (2 hours), AccessData, December 15, 2020
- Cellebrite Certified Mobile Examiner (CCME) Examination Preparation Workshop, (3 hours), Cellebrite, December 9, 2020
- Surveillance Strategies for Success, (8 CEU), PI Education, August 7, 2020
- Elements of Effective Communication (4 CEU), PI Education, August 5, 2020
- Ethics for Investigators, in Theory and Practice (4 CEU), PI Education, August 4, 2020
- Understanding Homeland Security and Terrorism (2 CEU), PI Education, August 3, 2020
- Forensic Analysis of Cellular Networks (8 hours), ZetX, August 2, 2020
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, July 31, 2020
- Criminal Defense Investigations (7 CEU), PI Education, July 28-29, 2020
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, January 9, 2020
- Orange County CA Concealed Firearms Permit Renewal Training (4 hours), Security Training Center, January 9, 2020
- Public Relations and Advanced Arrest, Search & Seizure (8 hours), Security Training Center, January 8, 2020
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 1, 2019
- Cellebrite Advanced Smartphone Analysis (CASA) Course (28 hours), Cellebrite, July 9-12, 2019
- Chemical Agents (8 hours), Security Training Center, January 24, 2019
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, January 24, 2019
- Finding People: Skip Tracing from Start to Finish (12 CEU), PI Education, January 20-21, 2019
- Understanding Homeland Security and Terrorism (2 CEU), PI Education, January 20, 2019
- Ethics and Professional Responsibility (4 CEU), PI Education, January 19, 2019
- Subject Matter Expert Course for Call Detail Record and Geolocation Analysis (40 hours), ZetX, November 5-9, 2018
- Criminal Investigations Using Cellular Technologies (40 hours), ZetX, September 24-28, 2018
- Handling Difficult People and Advanced Arrest, Search & Seizure (8 hours), Security Training Center, August 30, 2018
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 30, 2018
- Cellebrite Certified Physical Analyst (CCPA) Course (21 hours), Cellebrite, July 11-13, 2018
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 19, 2018
- Orange County CA Concealed Firearms Permit Renewal Training (4 hours), Security Training Center, December 06, 2017
- Communication & Significance and Adv. Arrest, Search & Seizure (8 hours), Security Training Center, September 10, 2017
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 30, 2017
- Cellebrite Certified Operator (CCO) Course (14 hours), Cellebrite, Completed June 26, 2017
- Hiring for Integrity (12 CEU), PI Education, March 9-11, 2017
- Homeland Security (2 CEU), PI Education, March 9, 2017
- Industry Ethics (2 CEU), PI Education, March 9, 2017
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 17, 2017
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 17, 2016
- Public Relations and Preserving the Incident Scene (8 hours), Security Training Center, July 10, 2016
- Cellebrite Mobile Forensic Fundamentals (CMFF) Concepts (7 hours), Cellebrite, May 25, 2016
- Capstone Research Thesis, Champlain College Graduate Course, March 14 - May 7, 2016
- Financial Decision Making, Champlain College Graduate Course, March 14 - May 7, 2016
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 10, 2016
- Research Methodology, Champlain College Graduate Course, January 11 - March 5, 2016
- Concealed Firearms Permit Training Certification (16 hours), Security Training Center, November 19, 2015
- Legal Issues for Management, Champlain College Graduate Course, October 26 - December 20, 2015
- Convergence of Digital Investigations, Mobile Data, and E-Discovery (3 CEU), AccessData/Syntricate, October 6, 2015
- Operations Management & Process Improvement, Champlain College Graduate Course, August 24 - October 16, 2015
- Observation & Documentation and Chemical Agents (8 hours), Security Training Center, August 13, 2015
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 4, 2015
- Legal Principals of Digital Investigations, Champlain College Graduate Course, May 11 - July 4, 2015
- IT Security & Strategy, Champlain College Graduate Course, March 9 - May 2, 2015
- Identity Theft Investigations (12 CEU), PI Education, February 15-17, 2015

- Homeland Security (2 CEU), PI Education, February 13, 2015
- Industry Ethics (2 CEU), PI Education, February 11, 2015
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, December 9, 2014
- Liability / Legal Aspects and Handling Difficult People (8 hours), Security Training Center, September 15, 2014
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 9, 2014
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 19, 2014
- Insurance Fraud Investigations (12 CEU), PI Education, August 26-27, 2013
- Industry Ethics (2 CEU), PI Education, August 26, 2013
- Homeland Security (2 CEU), PI Education, August 26, 2013
- Project Management, Champlain College Graduate Course, August 26 - October 19, 2013
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 17, 2013
- Practice of Digital Investigations, Champlain College Graduate Course, May 13 - July 6, 2013
- Concealed Firearms Permit Training Certification (16 hours), Firing-Line, April 22, 2013
- NLITE Training (9 hours), California Association of Licensed Investigators (CALI), March 16, 2013
- Digital Investigation for Civil Litigation, Champlain College Graduate Course, March 11 - May 4, 2013
- Licensed Security Guard Training (52 hours), Security Training Center, Completed February 12, 2013
- Integrated and Reflective Practice, Champlain College Graduate Course, January 7 - March 2, 2013
- Basic Pistol Training, National Rifle Association (NRA) of America, February 19, 2013
- Senior Seminar in Digital Investigation, Champlain College, August 27 - December 14, 2012
- Introduction to Statistics, Champlain College, August 27 - December 14, 2012
- Cybercrime, Champlain College, July 2 - August 17, 2012
- Ethics in the Profession, Champlain College, May 7 - June 22, 2012
- Computer Forensics Lab Operations & Management, Champlain College Graduate Course, March 5 - April 28, 2012
- Forensics Internship, Champlain College, January 9 - April 27, 2012
- Microeconomics, Champlain College, January 9 - February 24, 2012
- Intercultural Communications, Champlain College, October 24 - December 16, 2011
- Writing in the Workplace, Champlain College, October 24 - December 16, 2011
- White-Collar Crime, Champlain College, August 29 - October 14, 2011
- Digital Forensic Examinations, Champlain College, May 9 - August 19, 2011
- Computer and Network Security, Champlain College, May 9 - August 19, 2011
- Industry Ethics (2 CEU), PI Education, April 22, 2011
- Skip Tracing (12 CEU), PI Education, April 20-22, 2011
- Defending our Homeland (2 CEU), PI Education, April 19, 2011
- XRY Physical Mobile Phone Forensics Course, Micro Systemation, August 25-27, 2010
- Certified Fraud Examiner Exam Prep Course, Association of Certified Fraud Examiners, August 26, 2008
- State of Georgia Private Detective Course, Learning Shop USA, June 12, 2007
- AccessData Certified Examiner Prep, AccessData, June 4, 2007
- Windows Forensics (Advanced), AccessData, December 5-7, 2005
- CISSP Boot Camp, Intense School, May 30 - June 1, 2004
- Professional Hacking Boot Camp, Intense School, December 15-19, 2003
- Computer Forensics / CCE Boot Camp, Intense School, December 8-12, 2003
- Secure Communications - Cryptography, Global Knowledge, May 6-8, 2003
- AccessData Boot Camp (Intermediate), AccessData, January 22-24, 2003
- Computer Forensic Boot Camp, LC Technology, November 13-15, 2002
- Unix 1 & 2, Global Knowledge, October 28 - November 2, 2002
- INFOSEC Assessment Methodology, National Security Agency (NSA), September 13-14, 2002
- Ultimate Hacking Windows NT / 2000, FoundStone, April 2-4, 2002
- Secure Communications & VPN, Global Knowledge, April 18-20, 2001
- Managing Cisco Network Security, Cisco Systems, April 9-13, 2001
- Ultimate Hacking, FoundStone, January 15-19, 2001
- Designing Security Architectures, Global Knowledge, December 14-15, 2000
- Microsoft Windows 2000 MCSE Boot Camp, Global Knowledge, November 27 - December 7, 2000
- Network Security, Global Knowledge, November 13-15, 2000
- Train the Trainer, Microsoft, November 3-4, 2000
- HP OpenView Vantage Point for Win NT, HP, June 11-15, 2000
- Internetworking MS TCP/IP Win NT, Microsoft, January 18-22, 2000
- Computer Repair & Maintenance, AIU, January - April 1999
- Programming Languages & HTML, AIU, January - April 1999

- Intro Computer Science & Programming, Central Texas College, August 1988